**FILED**

CLERK, U.S. DISTRICT COURT

APRIL 12 2018

CENTRAL DISTRICT OF CALIFORNIA

BY: _____vdr_____ DEPUTY

Name: ELEONORA DE GRAY

Address: 23/25 RUE JEAN JACQUES

ROUSSEAU, 75001 PARIS, FRANCE

Phone: +33660329401

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Runway TV, LLC, Vincent Mazzotta | CASE NUMBER: |
| **Plaintiff** | 2:18-CV-02503 FMO (JCx) |
| v. | |
| Eleonora DeGrey, Does and Eurl Eleonora De Gray | **NOTICE OF MOTION AND MOTION TO** |
| | **DISMISS FOR LACK OF JURISDICTION** |
| **Defendant(s).** | |

Court: California Central District Court

Referring Judge: Jacqueline Chooljian

Presiding Judge: Fernando M. Olguin

Motion Hearing: May 24, 2018 at 10:00 a.m.

Judge: Fernando M. Olguin

TO THE HONORABLE COURT AND TO ALL PARTIES :

PLEASE NOTICE that this complaint was never served on me. This complaint was distributed to my partners in USA via email. April 6th, 2018 this complaint was available on search engines trough services distributing PACER cases. That is how I have my case number and name of assigned judge. But I'm lacking access to my case or to the forms I need to file to avoid default decision.

1  This motion is based upon the following documents :

2  I NOTICE OF MOTION AND MOTION TO DISMISS

3  II MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION

4  III DECLARATION IN SUPPORT OF MOTION

5  IV (PROPOSED) ORDER

6  V PROOF OF SERVICE BY MAIL

7  VI EXHIBITS IN SUPPORT OF MOTION

8

9  I, Eleonora de Gray, French citizen, residing at 23/25 rue Jean Jacques Rousseau, 75001 Paris, France

10 would like to submit this Motion to Dismiss for Lack of Personal Jurisdiction. I hereby move this

11 Court, pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss present action against me.

12 Me, and my enterprises based in Paris, France, and I lack sufficient contact with California to confer

13 personal jurisdiction over me.

14

15

16 DATED : April 10th, 2018

17

18 By _____

19 Eleonora de Gray

20 Defendant in Pro Per

21

22

23

24

25

26

27

28

CV-127 (09-09)          **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

Name: ELEONORA DE GRAY

Address: 23/25 RUE JEAN JACQUES

ROUSSEAU, 75001 PARIS, FRANCE

Phone: +33660329401

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Runway TV, LLC, Vincent Mazzotta | CASE NUMBER: |
| **Plaintiff** | 2:18-CV-02503 |
| v. | |
| Eleonora DeGrey, Does and Eurl Eleonora De Gray | **MEMORANDUM OF POINTS IN SUPPORT OF MOTION** |
| **Defendant(s).** | |

Court: California Central District Court

Referring Judge: Jacqueline Chooljian

Presiding Judge: Fernando M. Olguin

MEMORANDUM OF POINTS :

I'm Eleonora de Gray (married Christensen), would like to state that I conduct business in France since 2004. Company ELEONORA DE GRAY registered in January 2012, company OFFICIAL RUNWAY MAGAZINE registered in November 2017. My trademarks RUNWAY / RUNWAY MAGAZINE registered in France since November 2013, based on production of my company since 2007. According to French trademark law deposition considered as the actual date of the trademark, as the registration procedure takes 3 months, and time given is only for administrative

1   registration and opposition. In addition if trademark name has name of the country registration
2   takes 4 months.
3   I conduct business within Federation of Pret-a-Porter and Haute Couture, I participate in
4   government projects for emerging designers internationally. (EXHIBIT A).
5   Me and my enterprises conduct business internationally, in Europe and USA. But my conduct is not
6   specifically targets or arises from California.
7   There is no evidence in the record suggesting that our production, services, or our corporative sites
8   targeted California. "Creating a site, like placing a product into the stream of commerce, may be felt
9   nationwide--or even worldwide--but, without more, it is not an act purposefully directed toward the
10   forum state." Id. (quoting Cybersell, 130 F.3d at 418).
11   Me and our enterprises are absolutely in our legal rights to conduct business internationally, to be
12   present on social media networks, present and sell our production, propose our services, participate
13   in different events as media partner, engage companies and individuals to participate in our
14   production, including on territory of  USA, and not specifically in California.
15   The conflict between me and Plaintiff started in February 2014, when he contacted me with false
16   intentions to conduct business and invest. This license contract presented to this Court, as a ground
17   for jurisdiction upon me, was a temporary measure to discuss business opportunities with Plaintiff's
18   enterprise. As I discovered later this contract was a fraudulent action directed to force me to cancel
19   my trademarks registered in France, according to French law, in November 2013. Due to my
20   registered trademarks in France Plaintiff was not able to register his trademark in Europe. As a result
21   he received permanent ban from registration in Europe. This record is publicly available in WIPO
22   database. (EXHIBIT C).
23   Since than Plaintiff publicly attacks me with false accusations, and false facts, using FBI authority.
24   (EXHIBIT D).
25   This complaint filed to this Court, without serving it on me, based on the false facts, false arguments,
26   and forged documents is another example of Plaintiff's attack against me and my enterprises .
27
28

CONCLUSION :

For the reasons stated above I'm not subject to personal jurisdiction in California, USA,

and action of false claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2) for lack of

personal jurisdiction, and this Court should grant the motion.

DATED : April 10th, 2018

By _____

Eleonora de Gray

Defendant in Pro Per

Name: ELEONORA DE GRAY

Address: 23/25 RUE JEAN JACQUES

ROUSSEAU, 75001 PARIS, FRANCE

Phone: +33660329401

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Runway TV, LLC, Vincent Mazzotta | CASE NUMBER: |
|---|---|
| Plaintiff | 2:18-CV-02503 |
| v. | |
| Eleonora DeGrey, Does and Eurl Eleonora De Gray | **DECLARATION IN SUPPORT OF MOTION** |
| Defendant(s). | |

Court: California Central District Court

Referring Judge: Jacqueline Chooljian

Presiding Judge: Fernando M. Olguin


I'm, Eleonora de Gray (Christensen), declare as follows :

I'm the Defendant in the above-entitled case. I have personal knowledge of the presented facts in

my Motion. These facts are not fabricated by me, but screenshots of emails or publicly available

posts, or third parties sources.

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on April 10th, 2018, in Paris, France.

2

3

4  DATED : April 10th, 2018

5

6  By  _____

7  Eleonora de Gray

8  Defendant in Pro Per

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Name: ELEONORA DE GRAY

2  Address: 23/25 RUE JEAN JACQUES

3  ROUSSEAU, 75001 PARIS, FRANCE

4  Phone: +33660329401

5  Fax:

6  In Pro Per

7

8                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**

9  Runway TV, LLC, Vincent Mazzotta          | CASE NUMBER:

10

11                                    Plaintiff          2:18-CV-02503

12                        v.

13  Eleonora DeGrey, Does and Eurl Eleonora De Gray   **(PROPOSED) ORDER GRANTING DEFENDANT**

14                                                     **MOTION TO DISMISS**

15                                    Defendant(s).

16  Court: California Central District Court

17  Referring Judge: Jacqueline Chooljian

18  Presiding Judge: Fernando M. Olguin

19

20  Having considered Defendant's Motion to Dismiss and finding good cause therefore,

21  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for lack of jurisdiction

22  is GRANTED.

23

24  DATED : _____

25

26  _____

27  District Court Judge

28

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Name: ELEONORA DE GRAY

Address: 23/25 RUE JEAN JACQUES

ROUSSEAU, 75001 PARIS, FRANCE

Phone: +33660329401

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Runway TV, LLC, Vincent Mazzotta | CASE NUMBER: |
|---|---|
| Plaintiff | 2:18-CV-02503 |
| v. | |
| Eleonora DeGrey, Does and Eurl Eleonora De Gray | **PROOF OF SERVICE BY MAIL** |
| Defendant(s). | |

Court: California Central District Court

Referring Judge: Jacqueline Chooljian

Presiding Judge: Fernando M. Olguin

I, Eleonora de Gray, declare as follows :

My address is 23-25 rue Jean Jacques Rousseau, 75001, Paris, France , where the mailing described below took place.

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

On April 10th, 2018, I served the documents described as :

I. NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF JURISDICTION

II. MEMORANDUM OF POINTS IN SUPPORT OF MOTION

III. DECLARATION IN SUPPORT OF MOTION

IV. (PROPOSED) ORDER GRANTING DEFENDANT MOTION TO DISMISS

V. EXHIBITS SUPPORTING MOTION

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope

and deposited said envelope in the mail FRANCE addressed to :

Law Offices of Willian D. Goldstein

William D. Goldstein (SBN. 279723)

4030 Sawtelle Blvd.

Los Angeles, CA 90066-5408

Attorney of Plaintiff, Runway Beauty Inc, Vincent Mazzotta, DOCs 1-10

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON : April 10th, 2018 at Paris, France.

By _____

Eleonora de Gray

Defendant in Pro Per



REÇU DE COMMANDE

LA POSTE
BUREAU DE PARIS MONTHOLON

Edité le : 10/04/2018 à 15:10:21
Automate LISA : 756830LSA2G3395
Numéro de vente : 15446

DETAIL DE LA COMMANDE

1 Lettre reco int R1 AR :     9,75 EUR

TYPE PAIEMENT        : CB
TOTAL COMMANDE TTC : 9,75 EUR
TOTAL DISTRIBUE TTC : 9,75 EUR
TOTAL DISTRIBUE HT  : 9,75 EUR

MERCI ET A BIENTOT
Pour faciliter vos envois,
vous pouvez créer et gérer
votre carnet d'adresses
sur les automates et sur
le site Laposte.fr.

FICHE DE DÉPÔT D'UN RECOMMANDÉ INTERNATIONAL

LA POSTE

Niveau de garantie :

Cadres réservés à La Poste

R1    R2

Prix
9,75

Date de dépôt

Étiquette entière à détacher et à coller par le guichetier au recto de l'envoi Recommandé International

RK 38 476 043 0 FR

Destinataire :

Pays (en français) :
Localité :

Expéditeur :

517

# FRANCE

## CN 07

## Service des Postes
## AVIS DE RÉCEPTION

## PRIORITAIRE / PAR AVION
## AVIS DE PAIEMENT

A remplir par l'expéditeur

Designation de l'envoi (nom, prénom, adresse) :

*Law Offices of*
*William D. Goldstein*
*4030 Sawtelle Blvd*
*Los Angeles, CA 9066-3409 USA*

- ☐ mandat n°
- ☐ colissimo
- ☐ courrier
- ☐ livre

Montant
Valeur déclarée

montant

A compléter à destination / To be completed at destination :

Date et signature / Day of delivery and signature *

*10.04.2018*

L'envoi mentionné ci-dessus a été dûment :
- ☐ Remis / Delivered
- ☐ Payé / Paid

A remplir par
le bureau de dépôt
This item has been duly :

Bureau de dépôt

A renvoyer à
l'expéditeur (nom, prénom, adresse) / To be returned to sender

*23-25 rue*
*Jean Jacques*
*Mousseau*

*75001 Paris*
*France*

N° de l'envoi

RK 38 476 043 0 FR

Date de dépôt

Timbre du bureau renvoyant l'avis
Stamp of the Post Office
returning the advice

*"Cet avis pourra être signé par le destinataire ou, si les réglements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.
This item has to be signed by the addressee, if it is authorized by the regulation of country of destination, by someone else authorized, or by the postal worker of destination*



Law Offices of William D Goldstein
William D Goldstein
(SBN 279723)
4030 Sawtelle Blvd.
Los Angeles, CA 90066-5408

LETTRE RECO INTER R1 AR
RÉPUBLIQUE FRANÇAISE

IP **9,75 EUR

# EXHIBIT A

Please see business license for ELENORA DE GRAY company, dated February 2012, and OFFICIAL RUNWAY MAGAZINE dated November 2017.



**Greffe du Tribunal de Commerce de Paris**
1 quai de la Corse
75198 Paris CEDEX 04

N° de gestion 2017826455

### Extrait Kbis

**EXTRAIT D'IMMATRICULATION PRINCIPALE AU REGISTRE DU COMMERCE ET DES SOCIETES**

**à jour au 20 novembre 2017**

## IDENTIFICATION DE LA PERSONNE MORALE

| | |
|---|---|
| *Immatriculation au RCS, numéro* | 833 347 420 R.C.S. Paris |
| *Date d'immatriculation* | 17/11/2017 |
| *Dénomination ou raison sociale* | **Official RUNWAY MAGAZINE** |
| *Forme juridique* | Société par actions simplifiée |
| *Capital social* | 10,00 EUROS |
| *Adresse du siège* | 23/25 rue Jean-Jacques Rousseau 75001 Paris |
| *Domiciliation en commun* | |
| *Nom ou dénomination du domiciliataire* | ABC-LIV |
| *Immatriculation au RCS, numéro* | 314 503 996 |
| *Activités principales* | Production des magazines, livre de luxe, création et production des vêtements et tout accessoires, création des vidéos, émission pour TV, création et production des publicités, consulting, marketing, stratégie, communication, organisation d'évènements, défilé de mode, conférences représentant créateurs, marques ou modes dans toutes entreprises commerciales. |
| *Durée de la personne morale* | Jusqu'au 16/11/2116 |
| *Date de clôture de l'exercice social* | 31 décembre |
| *Date de clôture du 1er exercice social* | 31/12/2017 |

## GESTION, DIRECTION, ADMINISTRATION, CONTROLE, ASSOCIES OU MEMBRES

**Président**

| | |
|---|---|
| *Dénomination* | ELEONORA DE GRAY |
| *Forme juridique* | Société à responsabilité limitée |
| *Adresse* | 2 square du Nouveau Belleville 75020 Paris |
| *Immatriculation au RCS, numéro* | 539 884 783 Paris |

## RENSEIGNEMENTS RELATIFS A L'ACTIVITE ET A L'ETABLISSEMENT PRINCIPAL

| | |
|---|---|
| *Adresse de l'établissement* | 23/25 rue Jean-Jacques Rousseau 75001 Paris |
| *Activité(s) exercée(s)* | Média Group, production : création et production des magazines, livre de luxe ; création et production des vêtements et tous accessoires ; création des vidéos, média services : création et production de publicité; photo shooting, films publicitaires ; consulting ; stratégie ; marketing ; communication ; organisation d'évènement, défilé de mode, conférence. |
| *Date de commencement d'activité* | 15/08/2017 |
| *Origine du fonds ou de l'activité* | Création |
| *Mode d'exploitation* | Exploitation directe |



**Greffe du Tribunal de Commerce de Paris**
1 quai de la Corse 75198 Paris Cedex 04

*KBIS*

### EXTRAIT DU REGISTRE DU COMMERCE ET DES SOCIETES
### au 22 février 2012

#### IDENTIFICATION

| | |
|---|---|
| *Dénomination Sociale* : | **ELEONORA DE GRAY** |
| *Numéro d'identification* : | 539 884 783 R.C.S. Paris |
| *Numéro de gestion* : | 2012 B 03989 |
| *Date d'immatriculation* : | 22 février 2012 |

#### RENSEIGNEMENTS RELATIFS A LA PERSONNE MORALE

| | |
|---|---|
| *Forme juridique* : | Société à responsabilité limitée à associé unique |
| *Au capital de* : | 5,00 € |
| *Adresse du siège* : | 2 square du Nouveau Belleville 75020 Paris |
| *Activités principales de la société* : | Organisation de défilés de mode et soirées, relations publiques et communication; médias; attaché de presse. |
| *Durée de la société* : | Jusqu'au 21 février 2111 |
| *Date d'arrêté des comptes* : | le 31/12 |
| *Constitution - Dépôt de l'acte constitutif* : | Au Greffe du Tribunal de Commerce de Paris  le 22 février 2012  sous le numéro 18915 |
| *Publication* : | Journal Le Parisien Libéré du 01-02-2012 |

#### ADMINISTRATION

*Gérant*

**ELEONORA DE GRAY**

demeurant 2 square du Nouveau Belleville 75020 Paris

#### RENSEIGNEMENTS RELATIFS A L'ACTIVITE ET L'ETABLISSEMENT

| | |
|---|---|
| *Origine du fonds ou de l'activité* : | Création d'un fonds de commerce |
| *Activité* : | Organisation de défilés de mode et soirées, relations publiques et communication; médias; attaché de presse. |
| *Adresse de l'établissement principal* : | 2 square du Nouveau Belleville 75020 Paris |
| *Début d'exploitation le* : | 20 janvier 2012 |
| *Mode d'exploitation* : | Exploitation directe |

*FIN DE L'EXTRAIT*

Délivré à Paris, le 22 février 2012

Le Greffier,

**RUNWAY MAGAZINE Trademarks registration in France dated November 6, 2013**.
Please note that according to French law date of deposition considered as the legal date of trademark.
French trademark registration office (INPI) demands to deliver prove of activities for the last 2 year at the day of registration and not after.
Dates of actual registration are not really considered, and for some trademarks it took a little longer with registration, as we were proceeding with country name "France" in the name of our trademark.
So the first registration date for our trademarks :
**February 28, 2014**

1) Our trademarks **dated November 6, 2013**:
https://www.tmdn.org/tmview/get-detail?st13=FR500000004044982
4044982 ® Runway Magazine
Classes : 25, 41
https://www.tmdn.org/tmview/get-detail?st13=FR500000004044984
4044984 ® Runway Magazine France
Classes : 16, 25, 38, 41
https://www.tmdn.org/tmview/get-detail?st13=FR500000004044985
4044985 ® Runway France
Classes : 16, 25, 38, 41
https://www.tmdn.org/tmview/get-detail?st13=FR500000004238028
4238028 ® RUNWAY
Classes : 16, 25, 38, 41
https://www.tmdn.org/tmview/get-detail?st13=FR500000004240206
4240206 ® Runway Magazine
Classes : 16, 42, 45

lotions et crèmes pour la peau, émulsions pour le visage et le corps, brillants à lèvres, rouges à lèvres, fonds de teint, crèmes teintées, mascaras, ombres à paupières, fards, crayons à usage cosmétique, poudres pour le maquillage, produits pour le démaquillage sous forme de lotions, laits, crèmes, gels, crèmes gels, huiles, sels de bain à usage non médical, lotions avant-rasage, lotions après-rasage, crèmes gels et mousses à raser, préparations pour les cheveux à usage non médical, laques, gels, crèmes, baumes mousses de coiffage, tous cosmétiques, anti-rides lotions pour cheveux, laits, crèmes pour le corps, gommages exfoliants pour le corps, raffermissants pour le corps, masques de beauté, crèmes cosmétiques apaisantes, dépilatoires.

**Classe N° 5 :** Produits pharmaceutiques et dermatologiques. Produits hygiéniques pour la médecine, substances diététiques à usage médical, aliments pour bébés, emplâtres, matériel pour pansements, matières pour plomber les dents et pour empreintes dentaires, désinfectants, produits pour la destruction des animaux nuisibles, bains médicinaux, bandes, culottes ou serviettes hygiéniques, préparations chimiques à usage médical ou pharmaceutique, herbes médicinales, tisanes, parasiticides, sucre à usage médical.

**Classe N° 44 :** Services d'hygiène et de beauté pour êtres humains, massages et modelages, salons de beauté, centres de remise en forme, informations et conseils dans le domaine de la beauté, chirurgie esthétique, services d'aromathérapie, salons de coiffure, services de manucure, services et conseils en matière de soins esthétiques, services de Spas, services de bains turcs.

**Classes de produits ou services :** 3, 5, 44.

---

**N° National : 13 4 044 979**

**Dépôt du :** 30 OCTOBRE 2013

**à :** I.N.P.I. - ÎLE DE FRANCE

ARMEGO, ASSOCIATION, 8 rue du louis d'or, 35000 RENNES.
N° SIREN : 223 001 265.

**Mandataire ou destinataire de la correspondance :**
ARMEGO, Mme LE HERISSE MARYVONNE, 28 RUE DU DREVEN, 56870 BADEN.

**ARMEGO
AGENCE REGIONALE DE MEDIATION
D'ENTREPRISES DU GRAND OUEST**

**Marque déposée en couleurs.**

**Classe N° 41 :** Formation ;

**Classe N° 45 :** Médiation.

**Classes de produits ou services :** 41, 45.

---

**N° National : 13 4 044 980**

**Dépôt irrecevable**

---

**N° National : 13 4 044 981**

**Dépôt du :** 30 OCTOBRE 2013

**à :** I.N.P.I. - ÎLE DE FRANCE

SOCIÉTÉ FEMINITÉ, 17 RUE DUSSOUBS, 75002 PARIS.

**Mandataire ou destinataire de la correspondance :**
SOCIÉTÉ FEMINITE, Mlle BENESTY MARINE, 17 RUE DUSSOUBS, 75002 PARIS.

**HARPE**

---

**Classe N° 14 :** Joaillerie ; bijouterie, pierres précieuses ; horlogerie et instruments chronométriques ; métaux précieux et leurs alliages ; objets d'art en métaux précieux ; coffrets à bijoux ; boîtes en métaux précieux ; boîtiers, bracelets, chaînes, ressorts ou verres de montre ; porte-clefs de fantaisie ; statues ou figurines (statuettes) en métaux précieux ; étuis ou écrins pour l'horlogerie ; médailles ;

**Classe N° 18 :** Cuir et imitations du cuir ; peaux d'animaux ; malles et valises ; parapluies, parasols et cannes ; fouets et sellerie ; portefeuilles ; porte-monnaie ; sacs ; coffrets destinés à contenir des affaires de toilette ; colliers ou habits pour animaux ; filets à provisions ;

**Classe N° 24 :** Tissus ; couvertures de lit ; tissus à usage textile ; tissus élastiques ; velours ; linge de lit ; linge de maison ; linge de table non en papier ; linge de bain (à l'exception de l'habillement) ;

**Classe N° 25 :** Vêtements, chaussures, chapellerie ; chemises ; vêtements en cuir ou en imitation du cuir ; ceintures (habillement) ; fourrures (vêtements) ; gants (habillement) ; foulards ; cravates ; bonneterie ; chaussettes ; chaussons ; chaussures de plage, de ski ou de sport ; sous-vêtements ;

**Classe N° 26 :** Articles de mercerie (à l'exception des fils) ; passementerie ; perruques ; attaches ou fermetures pour vêtements ; articles décoratifs pour la chevelure ;

**Classe N° 35 :** Publicité ; gestion des affaires commerciales ; administration commerciale ; travaux de bureau ; diffusion de matériel publicitaire (tracts, prospectus, imprimés, échantillons) ; services d'abonnement à des journaux (pour des tiers) ; services d'abonnement à des services de télécommunication pour les tiers ; présentation de produits sur tout moyen de communication pour la vente au détail ; conseils en organisation et direction des affaires ; comptabilité ; reproduction de documents ; bureaux de placement ; gestion de fichiers informatiques ; organisation d'expositions à buts commerciaux ou de publicité ; publicité en ligne sur un réseau informatique ; location de temps publicitaire sur tout moyen de communication ; publication de textes publicitaires ; locations d'espaces publicitaires ; diffusion d'annonces publicitaires ; relations publiques ; audits d'entreprises (analyses commerciales).

**Classes de produits ou services :** 14, 18, 24, 25, 26, 35.

---

**N° National : 13 4 044 982**

**Dépôt du :** 6 NOVEMBRE 2013

**à :** I.N.P.I. - ÎLE DE FRANCE

Eleonora de Gray, EURL, 2 sq du Nouveau Belleville BL5, 75020 PARIS.
N° SIREN : 539 884 783.

**Mandataire ou destinataire de la correspondance :**
Éleonora de Gray, 2 sq du Nouveau Belleville BL5, 75020 PARIS.

**Runway Magazine**

---

**Classe N° 25 :** Vêtements, chaussures, chapellerie ; chemises ; vêtements en cuir ou en imitation du cuir ; ceintures (habillement) ; fourrures (vêtements) ; gants (habillement) ; foulards ; cravates ; bonneterie ; chaussettes ; chaussons ; chaussures de plage, de ski ou de sport ; sous-vêtements ;

**Classe N° 41 :** Éducation ; formation ; divertissement ; activités sportives et culturelles ; informations en matière de divertissement ou d'éducation ; recyclage professionnel ; mise à disposition d'installations de loisirs ; publication de livres ; prêts de livres ; production de films sur bandes vidéo ; location de films cinématographiques ; location d'enregistrements sonores ; location de magnétoscopes ou de postes de radio et de télévision ; location de décors de spectacles ; montage de bandes vidéo ; services de photographie ; organisation de concours (éducation ou divertissement) ; organisation et conduite de colloques, conférences ou congrès ; organisation d'expositions à buts culturels ou éducatifs ; réservation de places de spectacles ; services de jeu proposés en ligne à partir

d'un réseau informatique ; service de jeux d'argent ; publication électronique de livres et de périodiques en ligne ; micro-édition.

**Classes de produits ou services :** 25, 41.

---

*N° National :* **13 4 044 983**

**Aucune publication n'apparaît sous ce numéro national**

---

*N° National :* **13 4 044 984**

*Dépôt du :* 6 NOVEMBRE 2013

*à :* I.N.P.I. - ÎLE DE FRANCE

Eleonora de Gray, EURL, 2 sq du Nouveau Belleville BL5, 75020 PARIS.
N° SIREN : 539 884 783.

**Mandataire ou destinataire de la correspondance :**
Eleonora de Gray, 2 sq du Nouveau Belleville BL5, 75020 PARIS.

**Runway Magazine France**

**Classe N° 16 :** Produits de l'imprimerie ; articles pour reliures ; photographies ; articles de papeterie ; adhésifs (matières collantes) pour la papeterie ou le ménage ; matériel pour les artistes ; pinceaux ; machines à écrire et articles de bureau (à l'exception des meubles) ; matériel d'instruction ou d'enseignement (à l'exception des appareils) ; caractères d'imprimerie ; clichés ; papier ; carton ; boîtes en carton ou en papier ; affiches ; albums ; cartes ; livres ; journaux ; prospectus ; brochures ; calendriers ; instruments d'écriture ; objets d'art gravés ou lithographiés ; tableaux (peintures) encadrés ou non ; aquarelles ; patrons pour la couture ; dessins ; instruments de dessin ; mouchoirs de poche en papier ; serviettes de toilette en papier ; linge de table en papier ; papier hygiénique ; sacs et sachets (enveloppes, pochettes) en papier ou en matières plastiques pour l'emballage ; sacs à ordures en papier ou en matières plastiques ;

**Classe N° 25 :** Vêtements, chaussures, chapellerie ; chemises ; vêtements en cuir ou en imitation du cuir ; ceintures (habillement) ; fourrures (vêtements) ; gants (habillement) ; foulards ; cravates ; bonneterie ; chaussettes ; chaussons ; chaussures de plage, de ski ou de sport ; sous-vêtements ;

**Classe N° 38 :** Télécommunications ; informations en matière de télécommunications ; communications par terminaux d'ordinateurs ou par réseau de fibres optiques ; communications radiophoniques ou téléphoniques ; services de radiotéléphonie mobile ; fourniture d'accès utilisateur à des réseaux informatiques mondiaux ; mise à disposition de forums en ligne ; fourniture d'accès à des bases de données ; services d'affichage électronique (télécommunications) ; raccordement par télécommunications à un réseau informatique mondial ; agences de presse ou d'informations (nouvelles) ; location d'appareils de télécommunication ; émissions radiophoniques ou télévisées ; services de téléconférences ou de visioconférences ; services de messagerie électronique ; location de temps d'accès à des réseaux informatiques mondiaux ;

**Classe N° 41 :** Education ; formation ; divertissement ; activités sportives et culturelles ; informations en matière de divertissement ou d'éducation ; recyclage professionnel ; mise à disposition d'installations de loisirs ; publication de livres ; prêts de livres ; production de films sur bandes vidéo ; location de films cinématographiques ; location d'enregistrements sonores ; location de magnétoscopes ou de postes de radio et de télévision ; location de décors de spectacles ; montage de bandes vidéo ; services de photographie ; organisation de concours (éducation ou divertissement) ; organisation et conduite de colloques, conférences ou congrès ; organisation d'expositions à buts culturels ou éducatifs ; réservation de places de spectacles ; services de jeu proposés en ligne à partir d'un réseau informatique ; service de jeux d'argent ; publication électronique de livres et de périodiques en ligne ; micro-édition.

**Classes de produits ou services :** 16, 25, 38, 41.

---

*N° National :* **13 4 044 985**

*Dépôt du :* 6 NOVEMBRE 2013

*à :* I.N.P.I. - ÎLE DE FRANCE

Eleonora de Gray, EURL, 2 sq du Nouveau Belleville BL5, 75020 PARIS.
N° SIREN : 539 884 783.

**Mandataire ou destinataire de la correspondance :**
Eleonora de Gray, 2 sq du Nouveau Belleville BL5, 75020 PARIS.

**Runway France**

**Classe N° 16 :** Produits de l'imprimerie ; articles pour reliures ; photographies ; articles de papeterie ; adhésifs (matières collantes) pour la papeterie ou le ménage ; matériel pour les artistes ; pinceaux ; machines à écrire et articles de bureau (à l'exception des meubles) ; matériel d'instruction ou d'enseignement (à l'exception des appareils) ; caractères d'imprimerie ; clichés ; papier ; carton ; boîtes en carton ou en papier ; affiches ; albums ; cartes ; livres ; journaux ; prospectus ; brochures ; calendriers ; instruments d'écriture ; objets d'art gravés ou lithographiés ; tableaux (peintures) encadrés ou non ; aquarelles ; patrons pour la couture ; dessins ; instruments de dessin ; mouchoirs de poche en papier ; serviettes de toilette en papier ; linge de table en papier ; papier hygiénique ; sacs et sachets (enveloppes, pochettes) en papier ou en matières plastiques pour l'emballage ; sacs à ordures en papier ou en matières plastiques ;

**Classe N° 25 :** Vêtements, chaussures, chapellerie ; chemises ; vêtements en cuir ou en imitation du cuir ; ceintures (habillement) ; fourrures (vêtements) ; gants (habillement) ; foulards ; cravates ; bonneterie ; chaussettes ; chaussons ; chaussures de plage, de ski ou de sport ; sous-vêtements ;

**Classe N° 38 :** Télécommunications ; informations en matière de télécommunications ; communications par terminaux d'ordinateurs ou par réseau de fibres optiques ; communications radiophoniques ou téléphoniques ; services de radiotéléphonie mobile ; fourniture d'accès utilisateur à des réseaux informatiques mondiaux ; mise à disposition de forums en ligne ; fourniture d'accès à des bases de données ; services d'affichage électronique (télécommunications) ; raccordement par télécommunications à un réseau informatique mondial ; agences de presse ou d'informations (nouvelles) ; location d'appareils de télécommunication ; émissions radiophoniques ou télévisées ; services de téléconférences ou de visioconférences ; services de messagerie électronique ; location de temps d'accès à des réseaux informatiques mondiaux ;

**Classe N° 41 :** Education ; formation ; divertissement ; activités sportives et culturelles ; informations en matière de divertissement ou d'éducation ; recyclage professionnel ; mise à disposition d'installations de loisirs ; publication de livres ; prêts de livres ; production de films sur bandes vidéo ; location de films cinématographiques ; location d'enregistrements sonores ; location de magnétoscopes ou de postes de radio et de télévision ; location de décors de spectacles ; montage de bandes vidéo ; services de photographie ; organisation de concours (éducation ou divertissement) ; organisation et conduite de colloques, conférences ou congrès ; organisation d'expositions à buts culturels ou éducatifs ; réservation de places de spectacles ; services de jeu proposés en ligne à partir d'un réseau informatique ; service de jeux d'argent ; publication électronique de livres et de périodiques en ligne ; micro-édition.

**Classes de produits ou services :** 16, 25, 38, 41.

---

*N° National :* **13 4 044 986**

**Dépôt irrecevable**

## N° National : 16 4 240 204

*Dépôt du :* 13 JANVIER 2016

*à :* I.N.P.I. - ÎLE DE FRANCE

SIRD, SARL SIRD, A3 Print, 1 quai Jean Moulin, 69001 LYON.
N° SIREN : 403 512 924.

**Mandataire ou destinataire de la correspondance :**
SIRD, Mme Chabanis Nathalie, A3 Print, 1 quai Jean Moulin,
69001 LYON.



**Marque déposée en couleurs.**

**Classe N° 16 :** Impressions numériques ; photocopies ;
impressions grands format ; façonnage : impression 3D ;

**Classe N° 35 :** Reprographie ; gestion de fichiers informatique ;
création visuelle ; PAO ;

**Classe N° 40 :** Imprimerie.

**Classes de produits ou services :** 16, 35, 40.

---

## N° National : 16 4 240 205

*Dépôt du :* 13 JANVIER 2016

*à :* 92 INPI - DÉPÔT ÉLECTRONIQUE

M. Vincent ROBERT, 13 rue du Village Saint Martin, 02400
CHATEAU THIERRY.

**Mandataire ou destinataire de la correspondance :**
M. Vincent ROBERT, 13 rue du Village Saint Martin, 02400
CHATEAU THIERRY.

CENSURE

**Classe N° 33 :** Boissons alcoolisées (à l'exception des bières) ;
vins ; vins d'appellation d'origine protégée ; vins à indication
géographique protégée ;

**Classe N° 35 :** Publicité ; gestion des affaires commerciales ;
administration commerciale ; travaux de bureau ; diffusion de
matériel publicitaire (tracts, prospectus, imprimés, échantillons) ;
services d'abonnement à des journaux (pour des tiers) ; services
d'abonnement à des services de télécommunications pour des
tiers ; présentation de produits sur tout moyen de
communication pour la vente au détail ; conseils en organisation
et direction des affaires ; comptabilité ; reproduction de
documents ; services de bureaux de placement ; portage
salarial ; gestion de fichiers informatiques ; optimisation du trafic
pour des sites web ; organisation d'expositions à buts
commerciaux ou de publicité ; publicité en ligne sur un réseau
informatique ; location de temps publicitaire sur tout moyen de
communication ; publication de textes publicitaires ; location
d'espaces publicitaires ; diffusion d'annonces publicitaires ;
relations publiques ; audits d'entreprises (analyses
commerciales) ; services d'intermédiation commerciale
(conciergerie) ; Dégustation de Champagne à but commercial et
promotionnel.

**Classes de produits ou services :** 33, 35.

---

┌─────────────────────────────────────────────┐

## N° National : 16 4 240 206

*Dépôt du :* 13 JANVIER 2016

*à :* 92 INPI - DÉPÔT ÉLECTRONIQUE

ELEONORA DE GRAY, SARL, BL5, 2 sq du Nouveau Belleville,
75020 Paris.
N° SIREN : 539 884 783.

**Mandataire ou destinataire de la correspondance :**
ELEONORA DE GRAY, M. Eleonora de Gray, BL5, 2 sq du
Nouveau Belleville, 75020 Paris.

RUNWAY MAGAZINE

**Classe N° 16 :** Produits de l'imprimerie ; articles pour reliures ;
photographies ; articles de papeterie ; adhésifs (matières
collantes) pour la papeterie ou le ménage ; matériel pour
artistes ; pinceaux ; articles de bureau (à l'exception des
meubles) ; matériel d'instruction ou d'enseignement (à
l'exception des appareils) ; caractères d'imprimerie ; clichés ;
papier ; carton ; boîtes en carton ou en papier ; affiches ;
albums ; cartes ; livres ; journaux ; prospectus ; brochures ;
calendriers ; instruments d'écriture ; objets d'art gravés ; objets
d'art lithographiés ; tableaux (peintures) encadrés ou non ;
aquarelles ; patrons pour la couture ; dessins ; instruments de
dessin ; mouchoirs de poche en papier ; serviettes de toilette en
papier ; linge de table en papier ; papier hygiénique ; sacs
(enveloppes, pochettes) en papier ou en matières plastiques
pour l'emballage ; sacs à ordures en papier ou en matières
plastiques ;

**Classe N° 42 :** services de conception d'art graphique ; stylisme
(esthétique industrielle) ; authentification d'œvres d'art ;

**Classe N° 45 :** location de vêtements ; services de réseautage
social en ligne .

**Classes de produits ou services :** 16, 42, 45.

---

## N° National : 16 4 240 207

*Dépôt du :* 13 JANVIER 2016

*à :* I.N.P.I. - ÎLE DE FRANCE

Société des Vins et Spiritueux LA MARTINIQUAISE, Société par
Actions Simplifiée, 18 rue de l'Entrepôt, 94227 CHARENTON LE
PONT CEDEX.
N° SIREN : 632 003 877.

**Mandataire ou destinataire de la correspondance :**
S.V.S. LA MARTINIQUAISE, C/o BARDINET, Domaine de
Fleurenne, 33290 BLANQUEFORT.



**Marque déposée en couleurs.**

**Classe N° 32 :** Bières ; eaux minérales et gazeuses et autres
boissons sans alcool ; boissons à base de fruits et jus de fruits ;
sirops et autres préparations pour faire des boissons.

**Classe N° 33 :** Boissons alcoolisées (à l'exception des bières).

**Recently First Lady of France Brigitte Macron thanked us for media support.**



2) Please see the link in the base of **National Library of France** with the records of our company **RUNWAY MAGAZINE** and our production :
http://catalogue.bnf.fr/rechercher.do?
motRecherche=runway+magazine&critereRecherche=0&depart=0&facetteModifiee=ok



Our RUNWAY MAGAZINE supported by Karl Lagerfeld.



Our magazine is supported by Jean Paul Gaultier. On the photo : My associate, me and Jean Paul Gaultier.



One of our products RUNWAY MAGAZINE bag. New collection was promoted by Claudia Cardinale during Cannes Film Festival 2017.



Please see screenshot of our website http://runwaymagazines.com where we present latest collections from Paris, New York, Milan and Los Angeles.



# EXHIBIT B

Attorney Emeline Andreu addressed CASE AND DESIST letter to Mr Mazzotta in April 2017, where she explained that "license" contract signed in April 2017 has no legal value, and can be defined as "forged document".

24/03/2018                        Gmail - Re: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

 Gmail                                         **Eleonora de Gray <pomconfi2@gmail.com>**

## Re: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

**Emeline ANDRIEU <emelineandrieu@yahoo.fr>**                          Mon, Apr 10, 2017 at 4:09 PM
Reply-To: Emeline ANDRIEU <emelineandrieu@yahoo.fr>
To: Eleonora de Gray <pomconfi2@gmail.com>, "eleonoradegray@gmail.com" <eleonoradegray@gmail.com>, Guillaumette
ArtGD duplaix™ <guillaumette.gd.duplaix@gmail.com>

VBD
EA

Maître **Emeline ANDRIEU**
Avocat au Barreau de PARIS
40, rue du Roi de Sicile - 75004 PARIS
Tél : 01 44 61 76 85 - Fax : 01 44 61 55 90
PALAIS G 844

Ce message électronique (ainsi que tout fichier attaché) est destiné exclusivement aux personnes dont le nom figure
ci-dessus et est protégé par le secret professionnel. Sa divulgation à toute autre personne que les destinataires
est strictement prohibée. Si vous avez reçu ce message par erreur, nous vous remercions de bien vouloir nous le
retourner par courrier électronique, en nous confirmant que vous en avez détruit toute éventuelle copie.This e-mail
message, including any attachments, is confidential to those persons to whom it is addressed and may not therefore
be divulged to any other persons.Its contents are subject to the rules of professional secrecy governing all
communications made by or to French lawyers. If you have received this message in error, please return it to us by
e-mail with a covering message confirming that you have destroyed all copies thereof whether in paper, electronic or
other form.

—— Mail transféré ——
**De :** Emeline ANDRIEU <emelineandrieu@yahoo.fr>
**À :** RUNWAY <editor@runway.net>
**Envoyé le :** Lundi 10 avril 2017 15h25
**Objet :** Re: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

Mister MAZZOTTA,

I am a French attorney, at PARIS Bar, publicly known, experience 18 years.
You cannot address me by the first name.

You can address me Madam ANDRIEU or Maître ANDRIEU.

You cannot give me a legal advice as you are NOT a jurist or a partner in a law firm.
I am not an associate of SARL ELEONORA DE GRAY but her lawyer.
I am perfectly in my legal right to send you CEASE AND DESIST concerned violation of her
trademarks, disinformation, unfair competition.
Your trademarks are cancelled or suspended and in anyway not in use.

CEASE AND DESIST from demanding my address.
It has been transferred to you and it is at the end of every communication.

CEASE AND DESIST from menace me to start a lawsuit against me.
The document you sent me has no legal value.

CEASE AND DESIST from demanding me money.

CEASE AND DESIST from claiming a legal value from the contract which was never signed.

CEASE AND DESIST from using authority of an attorney without valid education and license to exercise.

CEASE AND DESIST from using authority of FBI.
It is illegal and you use this authority to pressure my client and me.

FBI does not tolerate misuse of their authority.

CEASE AND DESIST from publishing on social medias networks disinformation.
Due to the french legal procedure against to you, I would like to receive the contact information of your lawyer with who I can continue to communicate.

Truly yours

**Maître Emeline ANDRIEU**
**Avocat au Barreau de PARIS**
**40, rue du Roi de Sicile - 75004 PARIS**
**Tél : 01 44 61 76 85 - Fax : 01 44 61 55 90**
**PALAIS G 844**

Ce message électronique (ainsi que tout fichier attaché) est destiné exclusivement aux personnes dont le nom figure ci-dessus et est protégé par le secret professionnel. Sa divulgation à toute autre personne que les destinataires est strictement prohibée. Si vous avez reçu ce message par erreur, nous vous remercions de bien vouloir nous le retourner par courrier électronique, en nous confirmant que vous en avez détruit toute éventuelle copie.This e-mail message, including any attachments, is confidential to those persons to whom it is addressed and may not therefore be divulged to any other persons.Its contents are subject to the rules of professional secrecy governing all communications made by or to French lawyers. If you have received this message in error, please return it to us by e-mail with a covering message confirming that you have destroyed all copies thereof whether in paper, electronic or other form.

**De :** RUNWAY <editor@runway.net>
**À :** Emeline ANDRIEU <emelineandrieu@yahoo.fr>
**Cc :** Brad Axelrod <bradleeaxelrod@sbcglobal.net>; Legal Department RUNWAY MAGAZINE <legalrunwaymagazine@gmail.com>
**Envoyé le :** Jeudi 6 avril 2017 6h32
**Objet :** FW: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

[Quoted text hidden]

# EXHIBIT C

Due to legal issues in the past Vincent Mazzotta received **USPTO CASE AND DESIST** concerning use of the name **RUNWAY MAGAZINE**. This document is publicly available on WIPO database:
http://www.wipo.int/madrid/monitor/en/showData.jsp?ID=ROM.1058209
1058209 - Runway Magazine
See : **CANCELLATION EFFECTED FOR ALL THE GOODS AND SERVICES AT THE REQUEST OF AN OFFICE OF ORIGIN IN ACCORDANCE WITH ARTICLE 6(4) OF THE AGREEMENT OF ARTICLE 6(4) OF THE PROTOCOL : 2016 / 42 GAZ, 27.10.2016, US**





Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

**Notification of Ceasing of Effect**
**According to Articles 6(3) and (4) of the Protocol**

The United States Patent and Trademark Office hereby notifies the International Bureau of the ceasing of effect of the basic application/registration during the five-year period of dependency for:

**International Registration No.: 1058209**
**Holder: Runway TV, LLC – Vincent Mazzotta (CEO Of Runway TV, LLC)**
**Holder:**
**Basic application(s) and/or registration(s):**

The purpose of this letter is to announce the CEASING OF EFFECT of any goods and services not listed below based on the following action:

Basic application number 77536081 was cancelled by the USPTO on October 16, 2015, having U.S. Registration Number 3586631.

It is requested that all goods and services in the International Registration be cancelled.


Sincerely,

Ebonie Horne
U.S. Patent & Trademark Office
Madrid Processing Unit
Trademark Specialist

Trademark RUNWAY of Mr Mazzotta refused and banned from registration in Europe and China. This document is also available on WIPO datebase.



**OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
(TRADE MARKS AND DESIGNS)

OPERATIONS DEPARTMENT

W123

**Confirmation of total refusal (Article 5 of the Madrid Protocol, Rule 18ter (3) of the Common Regulations under the Madrid Agreement and Protocol, Articles 154 and 156 CTMR and Rules 113(2) (b) and 115(5) (b) CTMIR)**

Alicante, 16/03/2016

| | |
|---|---|
| *International registration number:* | **1183826** |
| *Date of notification to OHIM:* | **05-12-2013** |
| *Name of the Holder:* | **Runway TV, LLC -**<br>**Vincent Mazzotta (CEO Of Runway TV,**<br>**LLC)** |
| *Trade Mark:* | **RUNWAY** |

As a result of opposition proceedings and all proceedings having become final. the provisional refusal of the above-mentioned mark is confirmed and the protection of the mark is totally refused for the European Community.

**LOPEZ LOPEZ,Patricia**

# EXHIBIT D

Please see the example of many defamatory public messages about me and my company distributed by Mr Mazzotta in 2017 on his social media accounts on facebook, linkedin, twitter using authority of FBI.





Runway
Like This Page

Con Artist #eleonoraDegrey strikes again, obviously runwaymagazines with and s is fake, you really have to be an idiot to believe this lady. Sending foreign trademarks into the USA with Cease letter is a real is a con. #fbi get off your ass and do something.

Like   Comment   Share

10/04/2018                          Gmail - FBI to be at RUNWAY magazine in Hollywood to take statements Monday

 Gmail                                            Eleonora de Gray <pomconfi2@gmail.com>

## FBI to be at RUNWAY magazine in Hollywood to take statements Monday

**RUNWAY** <editor@runway.net>                                                     Sat, Mar 4, 2017 at 2:29 AM
To: Julia@juliaperrystyle.com, JetEntertainment@yahoo.com, legalrunwaymagazine@gmail.com, infodegray@gmail.com
Cc: bradleeaxelrod@sbcglobal.net

Everyone,

It is a federal offense in the USA to provide false information regarding trademarks.

Please everyone who got this, the FBI is asking for statements.

You can clearly see here she has broken our laws by the link below.

http://tsdr.uspto.gov/#caseNumber=85317615&caseType=SERIAL_NO&searchType=statusSearch

The trademark info is also clearly posted on RUNWAY.net .

The info she sent was from a secondary mark we abandoned as the "RUNWAY magazine" primary mark is still good in those areas.

The marks she claims is real Is French and she doesn't seem to understand French trademarks do not mean anything in the USA.

**The FBI will be at the 7558 Melrose office of RUNWAY magazine in Hollywood on Monday at 4pm to take statements.**

Please everyone come in to talk to the agent in charge.

Criminals like Mrs. Degrey cost the US millions every year and they take this very seriously.

I know it is obvious she is a fraud, it's obvious this is not sent by an attorney.

Anyone can look at her website and social media and tell that, but please come in to give statements.

We are trying to get her brought to the USA to answer the charges and anyone who works with her will be charged and we will also sue them here in the USA.

We have also attached Mrs. Degrey's license to use the RUNWAY magazine trademark, which is over a year before she filed any mark.

Lastly if anyone has information on people working with Mrs. Degrey in the US please forward to me or give to FBI on Monday.

Thank You,

**Vincent Midnight**

**CEO - Editor in Chief**

**Runway® – Runway TV®**

**http://www.runway.net – Corporate Site**

# RUNWAY

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.