ELEONORA DE GRAY
23/25 RUE JEAN JACQUES ROUSSEAU
75001 PARIS, FRANCE
Phone : +33660329401
Email : infodegray@gmail.com

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT

AUG 1 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: __vdr_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RUNWAY TV, LLC., Vincent Mazzotta

                        Plaintiff

    vs.

ELEONORA DE GRAY, A French citizen

And DOES 1-10, INCLUSIVE, EURL

ELEONORA DE GRAY

                    Defendant

__

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:18-CV-02503-FMO (JCx)

DEFENDENT'S ANSWER TO FIRST
AMENDED COMPLAINT

Date of filing : August 01, 2018

- 1 -

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

Defendants ELEONORA DE GRAY, French citizen, resident of France, CEO of EURL ELEONORA DE GRAY (French company) answer the First Amended Complaint dated August 1, 2018 ("Complaint") as follows:

## JURISDICTION AND VENUE

1. Defendants deny the allegations contained in paragraph 1 of the Complaint. As mentioned laws are not applicable to Defendants, and this Court has no jurisdiction over her and her companies based in Paris, France.

2. Defendants deny the allegations contained in paragraph 2 of the Complaint. As mentioned laws are not applicable to Defendants, and this Court has no supplemental jurisdiction over her and her companies based in Paris, France. This Court dismissed all claims of Plaintiff. Plaintiff submitted to this Court FRAUDULENT Proof of Service to Defendants ELEONORA DE GRAY and EURL ELEONORA DE GRAY.

Plaintiff  failed to show good cause ordered by this Court June 19, 2018. The complaint in this action was filed on March 28, 2018. Rule 4(m) of the Federal Rules of Civil Procedure provides that the summons and complaint shall be served on a defendant within 90 days after the filing of the complaint. All Defendants are located in Paris, France and therefore must be served under the rules of the Hague Convention and French Law. Plaintiff failed to present to the Court the documents from French Government Authorities :

a) Returned Notice or Justificative from French Ministry of Justice that complaint has been received and will be transferred to French party (Defendant);

b) Proof of Service from a bailiff French "huissier" - an official process server licensed by the government) of Tribunal de Grande Instance de Paris,

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

confirming that complaint has been served to French citizen, company according to Hauge Convention and French Law.

c) Statement of the payment to Tribunal de Grande Instance de Paris for the services of bailiff (French "huissier" ).

d) Signed and stamped form USM-94 or LLA-116 by attorney for Plaintiff Mr Goldstein, who filed this complaint with this Court, which is required according to Hauge Convention and French Law for legal filing.

These documents usually returned to sender within 45 days after complaint has been sent to French Ministry of Justice. Additionally Mr Goldstein failed to present signed and stamped USM-94 or LLA-116 form, which can be used as a Proof of Service in front of this Court. This form doesn't require any time extensions as this form returned to sender from local U.S. Marshal Service immediately as conformation that complaint was received and will be transferred to French Ministry of Justice or directly to Chambre Nationale des Huissiers de Justice / Service des Actes Internationaux.

None of the Actual Proof of the Service has been submitted to this Court, instead Mr Goldstein on behalf of Plaintiff submitted three Affidavits of his associates, in which associate of Mr Goldstein Mr Hamilton claimed that original complaint has been sent to French Ministry of Justice, but no dates when exactly original complaint has been sent were indicated.

Plaintiff failed to present to this Court mentioned documents from French Ministry of Justice and Tribunal de Grande Instance de Paris, USM-94 or LLA-116 form as Proof of Service by the date June 26, 2018, 3 months after complaint has been filed with this Court.

Defendants never received the complaint or summons. Defendants states that Plaintiff submitted to this Court Fraudulent Proof of Service. These Fraudulent Proofs of Service may be sanctioned under FRCP Rule 11. These actions of Plaintiff could cause Dismissal for Lack of Prosecution of this complaint.

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

3. Defendants deny the allegations contained in paragraph 3 of the Complaint. As mentioned laws are not applicable to Defendants, and this Court has no personal jurisdiction over her and her companies based in Paris, France.

4. Defendants deny the allegations contained in paragraph 4 of the Complaint. Defendants admit that it is planned to open offices in New York and Los Angeles, but at the present time no company on territory of US has been established, and no offices were opened. In presented screenshot by Plaintiff no addresses of offices in New York and Los Angeles were indicated, no legal representatives or mediators were mentioned. Defendants admit that company sell magazines on territory of US trough distribution lines. There's no law mentioned by Mr Goldstein on behalf of Plaintiff which forbids to French companies to have partnerships, collaborations, and distribute products on US territory. Production of Defendants registered in National Library of France (Bibliotheque Nationale de France) in 2011, with the date of the first use in commerce – 1995 (Exhibit A). Additionally Defendants legit to distribute products internationally (not specifically in US) under name RUNWAY MAGAZINE, as the owners of trademarks RUWNAY MAGAZINE / RUNWAY MAGAZINE FRANCE / RUNWAY FRANCE registered in France in November 6, 2013 and valid until November 6, 2023 (Exhibit B – records of registration from WIPO system). Defendants deny allegation of Plaintiff : "Plaintiff's Trademark and Magazine is a part of her company", as there's no such information mentioned on the Defendants web-sites, and not presented on Exhibit A filed by Plaintiff . Defendants consider this claim false, as no material facts has been presented to this Court to support it.

5. Defendants deny the allegations contained in paragraph 5 of the Complaint. Defendants submitted MOTION TO DISMISS FOR LACK OF JURISDICTION

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

to this Court and three REQUESTS to support this MOTION : REQUEST TO
EXCUSE THE ATTENDANCE FROM COURT CONFERENCE, based on
geographical location, REQUEST FOR SUBMISSION OF MOTION OR
COUNTERMOTION WITHOUT ORAL ARGUMENT, REQUEST TO
APPOINT AN INDEPENDENT EXPERT WITNESS. No additional motions has
been submitted to this Court. It is not clear to Defendants based on which Federal
law Mr Goldstein states that submitting to the Court supporting requests to the
MOTION TO DISMISS FOR LACK OF JURISDICTION, concerning verification
of the false material facts filed by Mr Goldstein to this Court, or Defendants
excuses for not being present at the ordered Conference due to geographical
location, places Defendants under Personal Jurisdiction of this Court.

6. Defendants deny the allegations contained in paragraph 6 of the Complaint.
Defendants admit that gave signature on the contract proposed by Plaintiff dated
April 1, 2014. Although this contract has never became legit for the following
reasons :

    a) This contract was signed by Plaintiff only in April 2017, three years later
    after expiration of the contract. This contract with original signature of
    Plaintiff has never been sent to Defendants. Photocopy of signed contract by
    Plaintiff sent by email in April, 2017 to French attorney of Defendants, after
    French attorney stated illegality of demands of Plaintiff  based on unsigned
    contract (Exhibit C);

    b) Mandatory competence clause and Mediation clause were not included;

    c) A mediator was not appointed and was not indicated in the contract;

    d) Contract has no mandatory mediators signatures.

Additionally Defendants state that Plaintiff and his partner Jay Faltz, mentioned in
this complaint, in 2014 proposed an investment, and as a form of this investment
they proposed a "license agreement" for short term (3 months), and not for the use

of intellectual property of Plaintiff, as all intellectual property assets has been already developed by Defendants. The main purpose of this investment scheme is to involve Defendants into a contract, and force Defendants to cancel trademarks registered in France in November 2013. The reason for that is following : Plaintiff filed demand in December 5th, 2013 for registration of his trademark  RUNWAY, International registration No. 1183826,  in European territory, one month later Defendants filed the trademarks RUNWAY MAGAZINE, RUNWAY FRANCE , RUNWAY MAGAZINE FRANCE. And Trademark of Plaintiff RUNWAY was totally refused for European Community, Rule 18ter(3) , Order dates March 16th, 2016 (Exhibit D).

Additionally Plaintiff failed to show cause ordered by this Court July 2, 2018 and to present to this Court certificate of qualification dated BEFORE April 1, 2014, the date of the license agreement based on which Plaintiff seeks jurisdiction upon Defendants, from his company RUNWAY BEAUTY Inc and Defendants company EURL ELEONORA DE GRAY as it is demanded by California Corporations Code § 2105(a) : "[a] foreign corporation shall not transact intrastate business without having first obtained from the Secretary of State a certificate of qualification." Pursuant to California Corporations Code § 2203(c), a foreign corporation transacting intrastate business in violation of California Corporations Code §2105 is prohibited from maintaining "any action or proceeding upon any intrastate business so transacted[.]".

Plaintiff by these actions violated California Corporations Code §2105.

These actions of Plaintiff could cause Dismissal for Lack of Standing of this complaint.

7. Defendants deny the allegations contained in paragraph 7 of the Complaint. Mr Goldstein on behalf of Plaintiff falsely states, and doesn't provide the law to support his statement by which having partnership, collaboration with US

companies (not company of Plaintiff), distribute products on territory US (not specifically Los Angeles), places Defendants under jurisdiction of this Court.

Mr Goldstein on behalf of Plaintiff falsely states, and doesn't provide the law to support his statement by which the fact of planning to open office, and not having actual location (office) in Los Angeles places Defendants under jurisdiction of this Court.

Mr Goldstein on behalf of Plaintiff falsely states, and doesn't provide the law to support his statement by which not legit contract (signed by Plaintiff three years after expiration of the contract, in April 2017) could be legit and used to bring jurisdiction upon Defendants in CENTRAL DISTRICT COURT OF CALIFORNIA.

Mr Goldstein on behalf of Plaintiff falsely states, and doesn't provide the law to support his statement by which three supported requests to the MOTION TO DISMISS FOR LACK OF JURISDICTION filed by Defendants could be considered as Court appearances and place Defendants under jurisdiction of this Court.

Additionally Court Order dated July 16, 2018 Defendants Motion granted, with leave to amend, was not respected by Plaintiff in First Amended Complaint, and the contentions set forth in Defendants Motion was not evaluated.

Court Order states : "In preparing the First Amended Complaint, plaintiff shall carefully evaluate the contentions set forth in defendants' Motion. Specifically, the Complaint's allegations are insufficient to establish general or specific personal jurisdiction over defendants. See Axiom Foods, Inc. v. Acerchem International, Inc., 874 F.3d 1064, 1068 (9th Cir. 2017) ("The inquiry whether a forum State may assert specific jurisdiction over a nonresident defendant 'focuses on the relationship among the defendant, the forum, and the litigation.'") (quoting Walden v. Fiore, 134 S.Ct. 1115, 1121 (2014))."

Plaintiff failed to present to this Court legit contract upon which general or specific personal jurisdiction over Defendants can be confer. Plaintiff failed to present actual Proof of Service of the original complaint, instead presented Fraudulent Proof of Service, as no documents from French Ministry of Justice, USM-94 or LLA-116 form has been presented to this Court to this date. And Defendants state that complaint has never been served on them. Plaintiff failed to present certificate of qualification dated 2014, before April 1, 2014, from Plaintiff company RUNWAY BEAUTY Inc and Defendants company EURL ELEONORA DE GRAY, as it is demanded by California Corporations Code § 2105(a). Plaintiff failed to show good cause and follow the Court Orders dated  June 26, 2018 and July 2, 2018.

Additionally Plaintiff failed to present to this Court valid documentation about ownership of the trademark RUNWAY MAGAZINE, and disrespect USPTO CEASE AND DESIST Order dated October 16, 2015 for using name RUNWAY MAGAZINE on territory of US and Internationally to this date. (Exhibit E). No additional Orders from USPTO has been presented to this Court.

Defendants states that presented amendments in First Amended Complaint are not showing the attempts to cure the alleged  deficiencies and defects in the original complaint,  as well as the other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018. Additionally Defendants states that First Amended Complaint must be served according to The Hague Convention and French Law on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (20 UST 361; TIAS 6638), as it is required by French Law applicable to First Amended Complaints, and NOT by email directly to Defendants. Additionally Mr Goldstein on behalf of Plaintiff submitted to this Court FRAUDULENT Proof of Service, as the last modified documents stricken for

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order (Exhibits, Doc.36) submitted to this Court August 31, 2018 were never sent to Defendants, not even by email.

Therefore First Amended Complaint should be denied by this Court.

## **PARTIES**

8. No response is required to the allegations in the paragraph 8.

9. No response is required to the allegations in the paragraph 9. Defendants would like to bring attention of this Court to the fact that Plaintiff admits in this paragraph that he doesn't own trademark RUNWAY MAGAZINE, he only has possessory interest.

10. No response is required to the allegations in the paragraph 10.

11. No response is required to the allegations in the paragraph 11. Defendants would like to bring attention of this Court to the fact that mentioned complaint between Mr James Buccelli and Mr Vincent Mazzotta dated 2009, and the partnership / relationship between parties on different projects dated 2007, and active until present day. Defendants also would like to add that Plaintiff was aware of criminal history of Mr Buccelli provided in this complaint and entered into settlement and business relationship with Mr Buccelli in 2009.

12. No response is required to the allegations in the paragraph 12.

13. No response is required to the allegations in the paragraph 13. Defendants would like to bring attention of this Court to the fact that Mr Goldstein on behalf of Plaintiff submits false facts, and falsely claims that no relationship or partnership

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

has occured between Mr Buccelli and Plaintiff, after Mr Mazzotta discovered criminal records of Mr Buccelli in 2013-2014. Defendants suspect that Plaintiff is involved in mentioned criminal activities of Mr Buccelli, who's been convicted in March 25, 2016 for three years in Federal Prison for identity theft, felony and fraud, Penal Code 530.5(C)(2). Mr Mazzotta in July and August 2017 publicly discussed with Mr Buccelli their collaboration issues on social media, and exchanged defamatory messages addressed to Defendants in this case. Additionally August 2017 Plaintiff sent on behalf of Mr Buccelli a life-threatening email to Defendants with treats of serious physical injuries. In this email addressed to Defendants Plaintiff also mentioned his business partnership with Mr Buccelli, and his involvement in criminal activities of Mr Buccelli – identity theft, felony and fraud. (Exhibit F). But this matter should be investigated further by LAPD and PHXPD, as it falls under criminal laws of California, and no longer matters of this case.

14. No response is required to the allegations in the paragraph 14.

15. No response is required to the allegations in the paragraph 15.

16. No response is required to the allegations in the paragraph 16.

17. No response is required to the allegations in the paragraph 17.

18. No response is required to the allegations in the paragraph 18.  Defendants would like to bring attention of this Court to the fact that quoted email is not relevant to the case. Email of Defendant dated early 2014 showed that Defendant was not aware of collaboration, partnership and organized criminal activities between Mr Buccelli and Mr Mazzotta, Plaintiff in this case. Criminal acts of Mr

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

Buccelli were known to Mr Mazzotta which didn't prevent their collaboration in past and in feature. Special details and additional facts of involvement is not known to Defendants, and this fact is not relevant to this case.

19. No response is required to the allegations in the paragraph 19.

20. Defendants deny the allegations contained in the paragraph 20.  Defendants admit distribution of the products and different partnerships/ or collaborations on territory of US. Claim of Mr Goldstein on behalf of Plaintiff presented in this paragraph is not clear or false, as he did not explain why it is illegal for foreign companies to distribute products, and have collaborations and partnerships with different US companies. Mr Goldstein did not provide any law to support his claim. Defendants admit that at the present time does not have company registered in US territory, and does not have offices opened. Business plans for development in the feature cannot be a reason for judgment and be included in this complaint. Planning to open office in Los Angeles cannot be a reason for jurisdiction upon Defendants today. So it is not clear based on which law jurisdiction can be confer over Defendants in California.

21. Defendants deny the allegations contained in this paragraph. Mr Goldstein on behalf of Plaintiff provided to this Court false information / statements, and did not provide any material facts or documents to sustain his claims about Defendants, individual and company, assets, stock, stock holders and capital. Therefore all claims in this paragraph (a,b,c,d,e) provided to the Court are false. It is known to Mr Goldstein that submitting to the Court false claims, false statements, false facts, and by these actions misleading the Court, is sanctioned under Federal laws as these actions considered not-ethical. Additionally Defendants would like to state that I, Eleonora de Gray, individual, and my company EURL ELEONORA DE

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

GRAY are in good state, and conduct business in France and Internationally legally since 1995. All documentation about taxes and state of the company is available on French government web-sites, business licenses has been provided to this Court in Motion to Dismiss. Defendants would like to add that financial state of the Defendant's company is not relevant to this case. Additionally Mr Goldstein named Defendants as alter ego of the Plaintiff's company with disregard that company of Plaintiff is focused on production of adult content (see Exhibits of Plaintiff with screenshot of the web-site and the articles "10 reason why Sex make you live Longer") and Defendants production focused on fashion and produce printed magazines, online media with fashion / high fashion content, marketing mix solutions, and fashion accessories.

22. Defendants deny the allegations contained in this paragraph. Mr Goldstein did not provide any material facts or documents to sustain his claims about Defendants. Name / names of the Defendants available on Government web-sites, issued business licenses, domains and trademark registrations. Therefore all claims in this paragraph provided to the Court are false. It is known to Mr Goldstein that submitting to the Court false claims, false statements, false facts, and by these actions misleading the Court, is sanctioned under Federal laws as these actions considered not-ethical. Additionally all names of Defendants provided to this Court in Motion to Dismiss and all supported requests and documents.

23. No response is required to the allegations in the paragraph 23. Defendants would like to add that Mr Goldstein in his statement ignores the fact that trademark RUNWAY MAGAZINE does not belong to Plaintiff and without justification creates the confusion with disregard to the partnership / collaboration between Mr Buccelli and Plaintiff and issued USPTO CEASE AND DESIST ORDER addressed to the Plaintiff for use of this name.

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

## **FACTS AND ALLEGATIONS COMMON TO ALL CLAIMS**

24. No response is required to the allegations in the paragraph 24. Defendants would like to bring attention of this Court to the fact that is not very clear why Mr Goldstein on behalf of Plaintiff creates the confusion and presents to the Court production of Plaintiff, a web-site and online issues focused on adult content as fashion / lifestyle online publications. Presented to this Court a screenshot by Plaintiff of the Runway TV LLC web-site has articles "10 reason why Sex make you live Longer", "Sex teen" etc.

25. No response is required to the allegations in the paragraph 25. Defendants would like to bring attention of this Court to the fact that is not very clear why Mr Goldstein on behalf of Plaintiff calls "Print on Demand" online service "distribution" (MAGCLOUD). Additionally no documents about number of printed copies or any other information claimed by Plaintiff from third parties or government sources has been provided to this Court to support these claims. So these claims can be considered as false.

26. No response is required to the allegations in the paragraph 26. Defendants would like to bring attention of this Court to the fact that is not very clear why Mr Goldstein on behalf of Plaintiff claims that magazine / online media focused on adult content is a "well-respected magazine in the fashion industry". No material facts or documents has been provided to support this claim from third party sources. Additionally web-site of Plaintiff has 26 visitors a day, web-site of Defendants has more than 30 000 visitors a day. (Exhibit G). Web-sites with low frequencies can not be claimed "well-known".

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

27. No response is required to the allegations in the paragraph 27.  Defendants would like to bring attention of this Court to the fact that no material facts or documents from third party sources has been provided to support this claim. Provided in Plaintiff's Exhibits screenshot of Plaintiff web-site shows articles with adult content. No articles has been found about fashion weeks.

28. No response is required to the allegations in the paragraph 28.  Defendants would like to bring attention of this Court to the fact that no material facts or documents from third party sources has been provided to support this claim.

29. Defendants deny the allegations contained in this paragraph. Defendants states that this claim is false. The font used by Plaintiff called "Trojan", and font used by Defendants on printed issues and online web-site is "Didot". There's distinguishable and unmistakable difference between these fonts. Additionally font "Trojan" usually used on adult oriented media web-sites, and font "Didot" usually used by fashion medias like VOGUE and ELLE.
Additionally font "Didot" used by Defendants since 2011 in all logos and presentation is a specially created font for Defendants by "Didot" font developers.

30. Defendants deny the allegations contained in this paragraph. Defendants state that used name RUNWAY MAGAZINE is based on registered trademarks in November 2013 and legit until November 2023. The claim of Mr Goldstein on behalf of Plaintiff is false. There's also not clear based on which material facts and documents Mr Goldstein claims that name RUNWAY MAGAZINE is associated with Plaintiff, founder of a web-site with 26 visitors a day. Production of Defendant's company internationally known since 2011, and well presented on international market, supported by Karl Lagerfeld, Jean Paul Gaultier and many others. (Exhibit H).

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

31. Defendants deny the allegations contained in this paragraph. Defendants states that this claim is false. Defendants state that first use in commerce of this name dated 1995 (news papers, local news, blogs), and became regularly issued periodic magazine RUNWAY MAGAZINE since 2011, trademarks registered in November 2013. The license contract was proposed not for use of the name as all intellectual property assets has been already developed by Defendants, but as a scheme. The main purpose of this scheme is to involve Defendants into a contract, and force Defendants to cancel trademarks registered in France in November 2013. The reason for that is following : Plaintiff filed demand in December 5th, 2013 for registration of his trademark  RUNWAY, International registration No. 1183826, in European territory, one month after Defendants filed the trademarks RUNWAY MAGAZINE, RUNWAY FRANCE , RUNWAY MAGAZINE FRANCE. And Trademark of Plaintiff RUNWAY was totally refused for European Community, Rule 18ter(3) , Order dates March 16th, 2016 (Exhibit D).

Additionally Mr Goldstein on behalf of Plaintiff provides to the Court false fact in this paragraph about death of the partner of Plaintiff's corporation Jay Faltz, mentioned by Mr Goldstein in this complaint in Exhibit G : "The entity never fully established itself due to the death, only days after the contract was signed, of one of the parties involved with this corporation." Mr Goldstein claims that death of associate Mr Jay Faltz accrued "days after" proposed contract, which means in April 2014. According to the official records Jay Faltz died in January 2015: Jay Klaus Faltz, 56, of Flagstaff, died January 13, 2015. (Exhibit I). Mr Goldstein ones again provided knowingly false fact to the Court : license contract with Defendants dated April 1, 2014, and death of Jay Faltz, associate of Plaintiff occurred January 13, 2015. It is 9 months later. It is also unclear that mentioned cause of the death in Plaintiff's Exhibit G is stated as a suicide, which does not correspond to the records of  PHXPD, according to which the cause of the death is an accident (motorbike). As there's no attackers were found case considered as a suicide. But many facts in

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

this case were not explained. Defendants do not have access to detailed records of this case and a cause of death, so these records should be requested by this Court if necessary. According to knowledge of the Defendants, based on telephone conversations and emails with Mr Faltz and Mr Mazzotta in 2014 during negotiation of the terms of the contract and investment, Mr Falts and Mr Mazzotta explained source of their funding as an investment on a sum more than 7 000 000 $, which was never returned to the investors. (Exhibit J). Defendants may only speculate that Plaintiff's entity in 2011-2014 was used for financial schemes, organized by Mr Jay Faltz and Mr Mazzotta. But ones again it is a matter for criminal investigation of PHXPD and LAPD. And this case does not relevant to the case filed with this Court.

32. Defendants deny the allegations contained in this paragraph. It is not clear to the Defendants the matter of injuries as the claims presented in this complaint are false, and do not supported by material facts and documents. Any injury or damages allegedly suffered by Plaintiffs were caused by Plaintiffs' own voluntary actions. Additionally Plaintiff disregards all required by this Court documents to show good cause. Defendants states that presented amendments in First Amended Complaint are not showing the attempts to cure the alleged deficiencies and defects in the original complaint, as well as the other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

## FIRST CAUSE OF ACTION

33. Defendants deny the allegations contained in this paragraph. No material facts or references has been provided to this Court contained in paragraph 1 through 32 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original

complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

34. Defendants deny the allegations contained in this paragraph. Defendants use in sales and distribution name RUNWAY MAGAZINE. Plaintiff disregard USPTO CEASE AND DESIST ORDER and continue to use name RUNWAY MAGAZINE in his sales and distribution. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

35. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

36. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

37. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

## SECOND CAUSE OF ACTION - FEDERAL DILUTION OF FAMOUS MARK

38. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been provided to this Court contained in paragraph 1 through 37 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has

been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

39. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

40. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

41. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No material facts or documents from third party were presented to support these claims and allegations.

42. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

43. No response is required to the allegations in the paragraph 43.

### THIRD CAUSE OF ACTION - FEDERAL UNFAIR COMPETITION

44. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been provided to this Court contained in paragraph 1 through 43 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

45. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.  No legit material facts or documents from third party to support these claims and allegations has been provided to this Court. Defendants produce printed magazine, online media, marketing mix services and products, and fashion accessories (bags, ti-shirts and other branded products). Plaintiffs product is web-site / online media with adult content oriented on specific public (sadomasochism). No confusion can be created for public as to the source of their goods and services.

46. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.  No legit material facts or documents from third party to support these claims and allegations has been provided to this Court. Defendants produce printed magazine, online media, marketing mix services and products, and fashion accessories (bags, ti-shirts and other branded products). Plaintiffs product is web-site / online media with adult content oriented on specific public (sadomasochism). No confusion can be created for public as to the source of their goods and services.

47. Defendants deny the allegations contained in this paragraph.

## FORTH CAUSE OF ACTION - FRAUD AND DECEIT

48. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been

provided to this Court contained in paragraph 1 through 47 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

49.  Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Defendants admit that attorney on behalf of the Defendants sends emails to the individuals who use RUNWAY MAGAZINE name in their communication and create confusion with production of Defendants company, owner of RUNWAY MAGAZINE trademarks.

50. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Defendants participate in INTERNATIONAL business as RUNWAY MAGAZINE, and absolutely legit to distribute production internationally.

51. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

52. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

## FIFTH CAUSE OF ACTION – BREACH of CONTRACT

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

53. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been provided to this Court contained in paragraph 1 through 52 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

54. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Mr Goldstein claims legitimacy from the contract that has never became legit for the following reasons :

  a) This contract was signed by Plaintiff only in April 2017. This contract with original signature of Plaintiff has never been sent to Defendants. Photocopy of signed contract by Plaintiff sent by email in April, 2017 to French attorney of Defendants, after French attorney stated illegality of demands of Plaintiff  based on unsigned contract (Exhibit C);
  b) Mandatory competence clause and Mediation clause were not included;
  c) A mediator was not appointed and was not indicated in the contract;
   d) contract has no mandatory mediators signatures.
Trademarks of Defendants were registered BEFORE Defendants put signature on the contract.

55. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Mr Goldstein claims legitimacy from the contract that has never became legit.

56. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Mr Goldstein claims legitimacy from the contract that has never became legit.

57. Defendants deny the allegations contained in this paragraph.

## SIXTH CAUSE OF ACTION -CYBERPIRACY

58. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been provided to this Court contained in paragraph 1 through 57 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

59. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

60. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Domain www.RUNWAYMAGAZINES.com as well as other domains are property of Defendants, at the registration trademarks and business license numbers were provided. Additionally paragraphs 59-60 do not contain legit material facts or documents from third party to support these claims and allegations of cyberpiracy by definition.

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

## <u>SEVENTH CAUSE OF ACTION</u>

61. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. No legit material facts or documents from third party to support these claims and allegations has been provided to this Court contained in paragraph 1 through 60 of this Complaint. Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018.

62. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Defendants made statement that Defendants are legal owners of all RUNWAY MAGAZINE related names, trademarks and copyrights. It is not clear why Mr Goldstein creates intentional confusion between two these trademarks in this paragraph, as earlier he made clear separation, and gave explanation to this Court about why Plaintiff today does not own trademark RUNWAY MAGAZINE, and details of the partnership between Plaintiff and Mr Buccelli.

63. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

64. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false.

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

65. Defendants deny the allegations contained in this paragraph. The claims presented by Mr Goldstein on behalf of Plaintiff are false. Any injury or damages allegedly suffered by Plaintiffs were caused by Plaintiffs' own voluntary actions.

## **PRAYER FOR JUDGMENT**

Defendants deny that Plaintiffs are entitled to any prayer for judgment requested in paragraphs 1 through 65 of this Complaint based on following: Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018. Plaintiffs fail to state a claim upon which relief may be granted. Any injury or damages allegedly suffered by plaintiffs were caused by Plaintiffs' own voluntary actions.

1. Defendants did not commit any unfair or unlawful acts toward Plaintiffs or violated any Plaintiff's rights under Federal law, 15 U.S.C. § 1125(c), and/or California law.

2. Defendants did not commit any unfair or unlawful acts toward Plaintiffs or violated any Plaintiff's rights under Federal law, 15 U.S.C. § 1125(c), and/or California law.

3. Defendants did not commit any unfair or unlawful acts toward Plaintiffs or violated any Plaintiff's rights under Federal law, 15 U.S.C. § 1125(c), and/or California law.

4. Defendants deny any legitimacy of Plaintiff's demands described in A-G sections of this paragraph. As Defendants did not commit any unfair or unlawful acts toward Plaintiffs or violated any Plaintiff's rights under Federal law, 15 U.S.C. § 1125(c), and/or California law. Defendants assert

that Plaintiff has failed to state a claim upon which relief can be granted. Additionally claim of Plaintiff to place Defendants under Federal Law / or California Law is not legit, and no legit documents / or contracts to support these actions.

5.-13. Defendants deny any legitimacy of Plaintiff's demands described in paragraphs 5.-13. of Prayer for Judgment. As Defendants did not commit any unfair or unlawful acts toward Plaintiffs or violated any Plaintiff's rights under Federal law, 15 U.S.C. § 1125(c), and/or California law. Defendants assert that Plaintiff has failed to state a claim upon which relief can be granted. Additionally claim of Plaintiff to place Defendants under Federal Law / or California Law is not legit, and no legit documents / or contracts to support these actions.

## DEMAND FOR JURY TRIAL

Defendants deny that Plaintiffs are entitled to any demand for trial by jury on each claim described in this Complaint based on following: Plaintiff disregards all required by this Court documents to show good cause. No attempts to cure the alleged deficiencies and defects in the original complaint has been submitted to this Court or other relevant defects alleged in Defendants Motion to Dismiss and the Court's Orders dated June 26, 2018, July 2, 2018, and July 16, 2018. Additionally Defendants states that First Amended Complaint must be served according to The Hague Convention and French Law on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (20 UST 361; TIAS 6638), as it is required by French Law applicable to First Amended Complaints, and NOT by email directly to Defendants.

Additionally Mr Goldstein on behalf of Plaintiff submitted to this Court FRAUDULENT Proof of Service, as the last modified documents stricken for

failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order (Exhibits, Doc.36) submitted to this Court August 31, 2018 were never sent to Defendants, not even by email.

Therefore Defendants request that the Court deny Demand for Jury Trial, and First Amended Complaint submitted by Plaintiff.

Respectfully submitted,

DATED: August 1, 2018

By: Eleonora de Gray

CEO EURL ELEONORA DE GRAY

DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

# EXHIBIT A

2) Please see the link in the base of **National Library of France** with the records of our company **RUNWAY MAGAZINE** and our production :

http://catalogue.bnf.fr/rechercher.do?
motRecherche=runway+magazine&critereRecherche=0&depart=0&facetteModifiee=ok



# EXHIBIT B

# 4044982 - Runway Magazine

Status: Marque enregistrée

(210) Serial number of the application
4044982

(220) Date of filing of the application
2013-11-06

(180) Expected expiration date of the registration/renewal
2023-11-06

(540) Mark

Runway Magazine

(551) Kind of mark
Word

(541) Reproduction of the mark where the mark is represented in standard characters
Runway Magazine

(731) Name and address of the applicant
Eleonora de Gray, EURL (SIREN 539884783)

2 sq du Nouveau Belleville BL5, 75020, PARIS, FR

(740) Name and address of the representative
Eleonora de Gray

2 sq du Nouveau Belleville BL5, 75020, PARIS, FR

(511) The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto
25
41

Case 2:18-cv-02503-FMO-JC   Document 40   Filed 08/01/18   Page 31 of 76   Page ID #:938

404498422 Run wa3y wMwgzui 2e Swut i

# 404498422 Run wa3y wMwgzui 2e Swut i

s:w Rr c8y wSeRi 2 uS Mr :Sli

**(210) Serial number of the application**

4044984

**(220) Date of filing of the application**

306W66 0o

**(180) Expected expiration date of the registration/renewal**

303W66 0o

**(540) Mark**

Runway Magazine France

**(551) Kind of mark**

d ES

**(541) Reproduction of the mark where the mark is represented in standard characters**

- Run wa3y wMwgzui 2e Swut i

**(731) Name and address of the applicant**

G,i EuESw2l i 2USwal2G( - I 2t5 G7 2) W9884v8WB

32 é2l R27 ERPi wR2Ai ,,i Pz,i 2AI ) l2v) 030l2Fb- 5sl2e-

**(740) Name and address of the representative**

G,i EuESw2l i 2USwa

32 é2l R27 ERPi wR2Ai ,,i Pz,i 2AI ) l2v) 030l2Fb- 5sl2e-

**(511) The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto**

6o 2

3) 2

W8 2

46 2

Case 2:18-cv-02503-FMO-JC   Document 40   Filed 08/01/18   Page 32 of 76   Page ID #:939

# 4044985 - Runway France

Status: Marque enregistrée

(210) **Serial number of the application**
4044985

(220) **Date of filing of the application**
2013-11-06

(180) **Expected expiration date of the registration/renewal**
2023-11-06

(540) **Mark**

Runway France

(551) **Kind of mark**
Word

(541) **Reproduction of the mark where the mark is represented in standard characters**
Runway France

(731) **Name and address of the applicant**
Eleonora de Gray, EURL (SIREN 539884783)

2 sq du Nouveau Belleville BL5, 75020, PARIS, FR

(740) **Name and address of the representative**
Eleonora de Gray

2 sq du Nouveau Belleville BL5, 75020, PARIS, FR

(511) **The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto**

16

25

38

41

# EXHIBIT C

 **Gmail**                                          Eleonora de Gray <pomconfi2@gmail.com>

## Re: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

**Emeline ANDRIEU** <emelineandrieu@yahoo.fr>                             Mon, Apr 10, 2017 at 4:09 PM
Reply-To: Emeline ANDRIEU <emelineandrieu@yahoo.fr>
To: Eleonora de Gray <pomconfi2@gmail.com>, "eleonoradegray@gmail.com" <eleonoradegray@gmail.com>, Guillaumette
ArtGD duplaix™ <guillaumette.gd.duplaix@gmail.com>

VBD
EA

Maître Emeline ANDRIEU
Avocat au Barreau de PARIS
40, rue du Roi de Sicile - 75004 PARIS
Tél : 01 44 61 76 85 - Fax : 01 44 61 55 90
PALAIS G 844

Ce message électronique (ainsi que tout fichier attaché) est destiné exclusivement aux personnes dont le nom figure
ci-dessus et est protégé par le secret professionnel. Sa divulgation à toute autre personne que les destinataires
est strictement prohibée. Si vous avez reçu ce message par erreur, nous vous remercions de bien vouloir nous le
retourner par courrier électronique, en nous confirmant que vous en avez détruit toute éventuelle copie. This e-mail
message, including any attachments, is confidential to those persons to whom it is addressed and may not therefore
be divulged to any other persons. Its contents are subject to the rules of professional secrecy governing all
communications made by or to French lawyers. If you have received this message in error, please return it to us by
e-mail with a covering message confirming that you have destroyed all copies thereof whether in paper, electronic or
other form.

----- Mail transféré -----
**De :** Emeline ANDRIEU <emelineandrieu@yahoo.fr>
**À :** RUNWAY <editor@runway.net>
**Envoyé le :** Lundi 10 avril 2017 15h25
**Objet :** Re: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

Mister MAZZOTTA,

I am a French attorney, at PARIS Bar, publicly known, experience 18 years.
You cannot address me by the first name.

You can address me Madam ANDRIEU or Maître ANDRIEU.

You cannot give me a legal advice as you are NOT a jurist or a partner in a law firm.
I am not an associate of SARL ELEONORA DE GRAY but her lawyer.
I am perfectly in my legal right to send you CEASE AND DESIST concerned violation of her
trademarks, disinformation, unfair competition.
Your trademarks are cancelled or suspended and in anyway not in use.

CEASE AND DESIST from demanding my address.
It has been transferred to you and it is at the end of every communication.

CEASE AND DESIST from menace me to start a lawsuit against me.
The document you sent me has no legal value.

CEASE AND DESIST from demanding me money.

CEASE AND DESIST from claiming a legal value from the contract which was never signed.

CEASE AND DESIST from using authority of an attorney without valid education and license to exercise.

CEASE AND DESIST from using authority of FBI.
It is illegal and you use this authority to pressure my client and me.

FBI does not tolerate misuse of their authority.

CEASE AND DESIST from publishing on social medias networks disinformation.
Due to the french legal procedure against to you, I would like to receive the contact information of your lawyer with who I can continue to communicate.

Truly yours

Maître Emeline ANDRIEU
Avocat au Barreau de PARIS
40, rue du Roi de Sicile - 75004 PARIS
Tél : 01 44 61 76 85 - Fax : 01 44 61 55 90
PALAIS G 844

Ce message électronique (ainsi que tout fichier attaché) est destiné exclusivement aux personnes dont le nom figure ci-dessus et est protégé par le secret professionnel. Sa divulgation à toute autre personne que les destinataires est strictement prohibée. Si vous avez reçu ce message par erreur, nous vous remercions de bien vouloir nous le retourner par courrier électronique, en nous confirmant que vous en avez détruit toute éventuelle copie.This e-mail message, including any attachments, is confidential to those persons to whom it is addressed and may not therefore be divulged to any other persons.Its contents are subject to the rules of professional secrecy governing all communications made by or to French lawyers. If you have received this message in error, please return it to us by e-mail with a covering message confirming that you have destroyed all copies thereof whether in paper, electronic or other form.

---

**De :** RUNWAY <editor@runway.net>
**À :** Emeline ANDRIEU <emelineandrieu@yahoo.fr>
**Cc :** Brad Axelrod <bradleeaxelrod@sbcglobal.net>; Legal Department RUNWAY MAGAZINE <legalrunwaymagazine@gmail.com>
**Envoyé le :** Jeudi 6 avril 2017 6h32
**Objet :** FW: Trademark Notification from Google Play - Notice of Lawsuit filed - RUNWAY LUX Talent

[Quoted text hidden]

# EXHIBIT D

Trademark RUNWAY of Mr Mazzotta refused and banned from registration in Europe and China. This document is also available on WIPO datebase.



**OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**
(TRADE MARKS AND DESIGNS)

OPERATIONS DEPARTMENT

W123

**Confirmation of total refusal (Article 5 of the Madrid Protocol, Rule 18ter (3) of the Common Regulations under the Madrid Agreement and Protocol, Articles 154 and 156 CTMR and Rules 113(2) (b) and 115(5) (b) CTMIR)**

Alicante, 16/03/2016

| | |
|---|---|
| *International registration number:* | **1183826** |
| *Date of notification to OHIM:* | **05-12-2013** |
| *Name of the Holder:* | **Runway TV, LLC - Vincent Mazzotta (CEO Of Runway TV, LLC)** |
| *Trade Mark:* | **RUNWAY** |

As a result of opposition proceedings and all proceedings having become final, the provisional refusal of the above-mentioned mark is confirmed and the protection of the mark is totally refused for the European Community.

**LOPEZ LOPEZ,Patricia**

# EXHIBIT E



Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

**Notification of Ceasing of Effect**
**According to Articles 6(3) and (4) of the Protocol**

The United States Patent and Trademark Office hereby notifies the International Bureau of the ceasing of effect of the basic application/registration during the five-year period of dependency for:

**International Registration No.: 1058209**
**Holder: Rumway TV, LLC – Vincent Mazzotta (CEO Of Rumway TV, LLC)**
**Holder:**
**Basic application(s) and/or registration(s):**

The purpose of this letter is to announce the CEASING OF EFFECT of any goods and services not listed below based on the following action:

Basic application number 77536081 was cancelled by the USPTO on October 16, 2015, having U.S. Registration Number 3586631.

It is requested that all goods and services in the International Registration be cancelled.

Sincerely,

Ebonie Horne
U.S. Patent & Trademark Office
Madrid Processing Unit
Trademark Specialist

# EXHIBIT F



**Vincent Midnight** @VincentMidnight · 14 Aug 2017

En réponse à @JAMES_BUCCELLI

She is a financial terrorist, we have a nice cell picked out for her. Let's hope for extradition.

A l'origine en anglais

♡ 1    ↻    ♡ 1    ⊠

**JAMES BUCCELLI** @JAMES_BUCCELLI · 14 Aug 2017

En réponse à @VincentMidnight

@VincentMidnight  man, she actually believes her own lies. She is a different breed for sure. she cant possibly imagine what we went through.

A l'origine en anglais

♡ 1    ↻    ♡ 1    ⊠



JAMES BUCCELLI @JAMES_BUCCELLI ·14 Aug 2017

En réponse à @Runway

hey Vince - try it now.... @Runway

À l'origine en anglais

RUNWAY @Runway ·14 Aug 2017
@JAMES_BUCCELLI , I think you are messaging on Facebook but its not letting me answer. Please see your private message for contact info.

À l'origine en anglais



**Vincent Midnight** @VincentMidnight · 14 Aug 2017

Replying to @JAMES_BUCCELLI

I believe I am blocked on that site . Please  email me as I don't know how much of your property was stolen by Degrey.



**RUNWAY** @Runway · 14 Aug 2017

@JAMES_BUCCELLI , I think you are messaging on Facebook but its not letting me answer. Please see your private message for contact info.

 **Gmail**

**RUNWAY MAGAZINE <infodegray@gmail.com>**

## Good bye

RUNWAY <editor@runway.net>                                          23 August 2017 at 02:12
To: infodegray@gmail.com

James is out of jail and he knows you illegally stole all his property. You really are a nasty thief.

Your chances of living are so low that I know longer need to worry about you.

James is extremely dangerous and he is hunting you now.

They know where you have dinner, know what fashion shows your attending and every post you make give them an IP to find you.

We already worked out a coexistence deal, amazing what the money you say I don't have does.

I believe in giving every human a fair chance, this is fair warning that he isn't going to give you.

Each post brings you closer to the end. He is hunting you and I know his skills and what his family is capable of.

You lied to your government on your trademark application, which he has the evidence to now prove, and are wanted for questioning for a criminal case here in the USA.

Don't believe me?

Come on over and see for yourself, they don't tell people they have warrants in my country, it's not obtainable information for criminals such as yourself.

By the way your negative post increase my traffic by 10, people love negative, you drastically increase sale, I will miss you.

You look like such an idiot after people research you are laughing stock here in the USA. I have 40 issues online and you have 3. Duh.

Why don't you think I filed a lawsuit by now, my best friend is an attorney? You aren't too bright are you.

Hey the Coca Cola trademark is Zimbabwe is not filed, you should file that trademark and take over Coca Cola in the USA too. LOL

Goodbye,

Vincent

# EXHIBIT G

# manta

Products     News & Advice     Academy     Find a Business

## Runway Beauty Inc

8637 East Berridge Lane

Scottsdale, AZ 85250

Ad

**Sauna boutique en ligne**

spaprof.com

La plus grande boutique de produits de sauna en France.

Runway Beauty Inc is a privately held company in Scottsdale, AZ and is a Single Location business.

Categorized under Beauty Salons. Our records show it was established in 2007 and incorporated in Arizona. Current estimates show this company has an annual revenue of 69000 and employs a staff of approximately 2.

**Own This Business?**



 **Perish Dignam** updated his profile video.
Yesterday at 12:45pm ·

I have a 10' foot fuzzy-pink DICK Parked next to my Lambo in the garage and they both have headlights:) ... guess which one I'm driving to WONDERLUST tomorrow?
#eroticrodeo #mechanicaldicks
#dickridingcompetition #wildwilly #mechanicalbull only at @loveandlustevents
#STIMULATIONINC @ the @globe.la theater.
# 👆 Get a VIP PASS & RINGSIDE BOTTLE SERVICE to watch the ladies ride the #BIGPINK !
.... See More





Vincent Mazzotta
Follow · July 24

Happy Birthday David Saffron! From all of us
Runway

2                                                    1 Comment

Like          Share

Camden Toy You know what Henry Miller
said about skinny women?
Like · 6d

Suggested Groups                                    See All

An Empath
194,349 members                                    Join













# Content of online issues



Statistic of downloads on Google Play – Plaintiff
(information available on application page play.google.com)

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| May 10, 2018 | 7.3M | 10+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 2.0 | 4.1 and up | PEGI 3 |
| | | Learn More |

| Interactive Elements | Permissions | Report |
|---|---|---|
| Users Interact, Shares Info, Shares Location | View details | Flag as inappropriate |

Offered By

Google Commerce Ltd

Developer

Visit website

editor@runway.net

Privacy Policy

RUNWAY Magazine HQ:
7558 Melrose Ave. Los
Angeles, CA 90046

Statistic of downloads on Google Play – Defendants
(information available on application page play.google.com)

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| July 25, 2018 | 19M | 1,000+ |

| Current Version | Requires Android | Content Rating |
|---|---|---|
| 2.0 | 4.4 and up | PEGI 3 |
| | | Learn More |

| Interactive Elements | Permissions | Report |
|---|---|---|
| Users Interact, Digital Purchases | View details | Flag as inappropriate |

| Offered By | Developer |
|---|---|
| Google Commerce Ltd | Visit website |
| | info@runwaymagazines.com |
| | Privacy Policy |
| | Paris, France |

Statistic of daily visitors on web-site – Plaintiff
(information available on third party source www.visitorsdetective.com)

## runwaylive.com

**Daily Visitors:** 21
Date range [+]

**Statistics:**
www.runwaylive.com is a medium-sized website. It is bigger than 64% of all other websites in the world.

**Social Networks:**



**Incoming Links:** 4,960   Explore>>

**Last Update:** Now

Statistic of daily visitors on web-site – Defendants
(information available on third party source www.visitorsdetective.com)

## runwaymagazines.com

**Daily Visitors:** 12,407 (-11,021)
Date range [+]

**Statistics:**
www.runwaymagazines.com is one of the biggest websites in the world! It
is bigger than 100% of all other websites.

**Traffic by Country:**
United States 9,429 (76%)
Brazil 496 (4.0%)
Mexico 484 (4.0%)
Chile 422 (3.0%)
Canada 385 (3.0%)
More countries>>

# EXHIBIT H

**Recently First Lady of France Brigitte Macron thanked us for media support.**







Our RUNWAY MAGAZINE supported by Karl Lagerfeld.



Our magazine is supported by Jean Paul Gaultier. On the photo : My associate, me and Jean Paul Gaultier.



One of our products RUNWAY MAGAZINE bag. New collection was promoted by Claudia Cardinale during Cannes Film Festival 2017.



Please see screenshot of our website http://runwaymagazines.com where we present latest collections from Paris, New York, Milan and Los Angeles.



# EXHIBIT I

A2 ~ Wednesday, January 21, 2015 — Local/Arizona — Arizona Daily Sun — azdailysun.com

# VA settles more whistleblower complaints

**The VA offers relief to 25 whistleblowers who suffered retaliation**

**MATTHEW DALY**
Associated Press

WASHINGTON — The Veterans Affairs Department said Tuesday it is offering relief to more than two dozen employees who faced retaliation after filing whistleblower complaints about wrongdoing at VA hospitals and clinics nationwide.

The actions follow settlements reached last year with three employees who reported widespread problems at the Phoenix VA hospital, including chronic delays for veterans seeking care and falsified waiting lists covering up the delays. The resulting uproar forced the ouster of former VA Secretary Eric Shinseki and led to a new law overhauling the agency and making it easier to fire senior officials.

The latest actions offer relief to about 25 VA employees, including a doctor who was reprimanded and retired after reporting significant errors at a Maryland clinic, and a nurse manager in Washington state who was fired after refusing to alter a performance evaluation for a subordinate. The doctor will turn a negative appraisal removed and the nurse manager will keep her job while an investigation continues.

Special Counsel Carolyn Lerner applauded the VA for taking steps to protect employees who file whistleblower complaints. Lerner's office, which is independent from any government agency, is investigating more than 120 complaints of retaliation at the VA following employee allegations about improper patient scheduling, understaffing and other problems at the VA's 970 hospitals and clinics nationwide.

VA Secretary Robert McDonald, who took over the agency last summer, has vowed to root out retaliation as the agency seeks to change a culture that he and other officials acknowledge has allowed and even encouraged reprisals against those who file complaints.

"Secretary McDonald has taken whistleblowing within the VA seriously," Lerner said in a statement Tuesday. "He recognizes that an essential step toward improving veterans' care is to listen to employee concerns and protect them from retaliation."

Deputy VA Secretary Sloan Gibson said the department is committed to holding accountable those who retaliate against whistleblowers. Employees who blew the whistle on higher-ups because they have identified a legitimate problem "should not be punished" but instead should be protected,

Gibson said, citing a similar comment last year by President Barack Obama.

"Personally, I would add that you should be praised," Gibson said.

Among those who settled complaints in recent weeks were Dr. Richard Hill, a primary care physician at Fort Detrick Army Base in Frederick, Maryland, and Coleen Rhoers, a nurse manager at the VA hospital in Spokane, Washington.

Hill complained about a lack of clerical staff at his primary care unit, which he said led to significant errors in patient care and scheduling problems. Instead of fixing the problem, VA supervisors stripped him of his duties, Hill said. He was reprimanded and later may May. He retired two months later.

As part of the settlement, the VA agreed to expunge Hill's record of any negative personnel actions. Elmers filed a complaint last year with the VA's Office of Inspector General about a fraudulently altered performance evaluation of one of her subordinates, which Elmers had refused to change. A supervisor later moved to fire Elmers for "lack of candor" and failure to follow instructions.

The U.S. Merit Systems Protection Board, a quasi-judicial agency that hears appeals of executive branch actions, granted the special counsel's request to put off the firing until the counsel's office completes an investigation.

## CHOPPY SEA IN THE MORNING SKY



Rows of clouds greet Flagstaff residents after sunrise Monday. Send your Flagstaff winter and natural beauty to news@azdailysun.com

# Police seek Walmart shoplifters

**MICHELLE McMANIMON**
Sun Staff Reporter

Flagstaff Police Department officials are asking for the public's help in identifying four men suspected of shoplifting more than $22,000 worth of merchandise from local Walmart locations last week.

According to Flagstaff police reports, surveillance footage from the Walmart located at 2710 S. Woodlands Village Blvd. showed four black men arriving in an SUV and enter the store around 2:20 a.m. last Wednesday. The men used a key holden in a suspect's pockets to unlock a case in the electronics section. They then took 66 Nintendo 3 DS video game consoles and three Nintendo Wii U video game consoles from the case. They hid them in an empty microwave box, then they paid the microwave price — $65 — in cash at the self-checkout counter and exited the store with the concealed items. The total value of the stolen electronics is estimated around $44,000.

The suspects struck again around 2:35 a.m. at the Walmart located at 2601 E. Huntington Drive. Surveillance footage showed the men using the same key to open an







electronics case and take 28 more Nintendo 3 DS video game consoles. They also removed a display iPad Air, a display iPhone 5 and a display iPhone 6. One suspect left the receipt for the microwave they paid for in the first shoplifting behind an anti-virus software case. The suspects hid the stolen items in an empty file cabinet box. They paid about $42 for the file cabinet and walked out with the concealed items.

No one at either store knew what had happened until they were reviewing the surveillance footage later that day.

All four suspects were black men. The first was thin with short hair, black pants and a dark gray jacket with a light gray hood. The second was "chunky" and bald with a brown canvas jacket with a gray hood and black pants. The third had a medium build with short hair, a dark gray jacket with a light gray hood and blue jeans. And the fourth was "chunky" with short hair, a black jacket and black pants.

Their vehicle has been identified as a white 2006 GMC Yukon Denali.

The investigation is ongoing.

Anyone with information about the suspects is being asked to contact the FPD detectives in charge of the investigation at (928) 679–4070. City and county residents who want to provide information about a crime but wish to remain anonymous may call Silent Witness at 774-6111 or (877) 29–CRIME. They can also submit tips online at www.ccconsilenceferrofitness.org. Rewards of up to $2,000 are given for information that leads to an arrest.

## POLICE LOG

### Sex offender notification

Detectives with the Flagstaff Police Department would like to make the following Level 3 (high risk to the community) sex offender notification:

• Estanio Benton, 38, is residing in the 1500 block of N. Steves Center, located at 2307 N. Vickey St. Benton was convicted in 2004 of molesting an 8-year-old girl; he is not wanted by police at this time.

Notification that Level 2 and Level 3 sex offenders are living in the community is required by Arizona law. Resident abuse of this information to threaten, intimidate or harass sex offenders will not be tolerated by the police department.

If residents have information about current criminal activity by any offender, contact the police department at 774-1414.

For more information on sex offenders in the Flagstaff area, visit the Arizona Department of Public Safety sex offender Web site at www.azsexoffender.com.

City and county residents who want to report a crime but wish to remain anonymous may call Silent Witness at 774-6111 or (877) 29-CRIME. Rewards of up to $2,000 are given for information that leads to an arrest.

## OBITUARY



### Jay Klaus Falz

Jay Klaus Falz, 56, of Flagstaff, died Jan. 15, 2015. He was born Dec. 5, 1958, in Ludwigsburg, Germany. A party in honor of Jay will be held Sunday from 1 p.m. at the Firecreek Coffee Company, 22 E. Route 66.

Condolences may be left for the family at www.ncvrelowensmortuary.com

## LOTTERY

**MEGA MILLIONS:** 26-52-44-45-58 (2)

**POWERBALL:** 4-08-42-18-25-27

**PICK 3:** 8-4-6

**ALL OR NOTHING:** 05-02-09-04-06-12-16-24-09

## IN BRIEF

### Page police seek bomb threat suspect

The police are seeking the public's help in locating a suspect who called in a bomb threat at a Page Walmart.

According to information from the Page Police Department, the Walmart store located at 1017 Haul Road received a bomb threat Sunday around 3:25 p.m. The caller told a Walmart employee he had strategically placed an explosive device inside the store.

Police and fire personnel responded to the store, which was evacuated for approximately 50 minutes while they investigated the threat.

In the end, it turned out to be an empty threat. No explosive devices were found inside the store.

The suspect who made the bomb threat was described as a male, possibly in his late teens or early 20s, with no accent.

The Page Police Department is asking anyone with information about the threat to contact the department's Criminal Investigations unit at (928) 645–2461.

County residents who want to report a crime but wish to remain anonymous may call Silent Witness at 774–6111 or (877) 29–CRIME. Rewards of up to $2,000 are given for information that leads to an arrest.

— Michelle McManimon, Sun staff reporter

### Public works yard meeting today

The city of Flagstaff is holding a neighborhood meeting today to talk about the process of annexing its McAllister Ranch property into the city to build the city's new public works yard.

The meeting starts at 5 p.m. with a presentation at 6 p.m. today at the DoubleTree by Hilton on West Route 66.

### Kingman prison inmate dies

KINGMAN (AP) — Authorities say an inmate at the state prison in Kingman is dead.

Arizona Department of

Corrections officials say 23-year-old Neil Early died Monday.

No details were immediately released Tuesday and corrections officials say the cause of death is under investigation.

They say Early was sentenced out at Maricopa County and was serving sentences for organized retail theft and drug paraphernalia violations.

### Vet killed by Maricopa police had PTSD

MARICOPA (AP) — The widow of an Arizona military veteran fatally shot by Maricopa police said on Tuesday her husband struggled for years with post-traumatic stress disorder.

Maria Garcia said Johnathan Guillory's PTSD was brought on by a combat deployment in Iraq. Guillory, 32, also spent time as a contract worker in Afghanistan, she said.

"Sometimes he couldn't even deal with day-to-day life. It was a struggle for him to get through each morning, but he did," Garcia told KVAK-TV.

The Arizona Department of Public Safety is investigating Sunday's shooting, which occurred near Guillory's home.

Neighbors had called police several times to report disturbances. Officers arrived at the home following several 911 hang-up calls, according to DPS.

Maricopa police spokesman Ricardo Alvarado said the officers fired because they felt threatened and they believed Guillory was carrying a weapon.

A DPS spokesman wouldn't comment Tuesday on why the officers fell threatened or whether Guillory was armed at the time.

Guillory, the father of sons ages 4 and 9, died at a Chandler hospital.

Garcia, who was home when her husband was shot, said she didn't know anything was wrong and doesn't believe her husband had a gun.

Alvarado said the two officers involved in the shooting — Lovell Perez and Officer Joshua Hawksworth — were placed on paid administrative leave while the DPS investigates.

## Virginia Evans (Begay)



Virginia Evans (Begay) died peacefully on her daughters home in January 15, 2015 in Winslow, Arizona at the age of 103. Virginia is survived by her daughters, Mark Matheson of Many Farms AZ and Amy Driskoyk of Mesa AZ, and 7 grandchildren, 12 great-grandchildren, and 2 great-great grandchildren. She is preceded in death by her husband Harold Evans of Chinle AZ and granddaughter Fawna Driskoyk Mc Dowell of Laughlin NV. Virginia was born on January 21, 1913 in Sunrise Springs Arizona, of the Reqwamark clan, born for the Edicate clan.

Evans, to Big Water clan. She attended Canado School and mastered Navajo Loom, her high school sweetheart and later Navajo Construction mechanic in January 20, 1943. After moving to Chinle employment followed several moves to the Winslow area. Navajo was a life program family cemetery on Monday January 19, 2015. Flowers and condolences may be sent to Mann-Feldman in Tony Denjuak. Online condolences can be sent to www.norvelowensmortuary.com. Arrangements were under the direction of Norvel Owens Mortuary.

# OBITUARY

## Jay Klaus Falz

Jay Klaus Falz, 56, of Flagstaff, died Jan. 13, 2015. He was born Dec. 3, 1958, in Ludwigsburg, Germany. A party in honor of Jay will be held Sunday from 5-9 p.m., at the Firecreek Coffee Company, 22 E. Route 66.

Condolences may be left for the family at www.norvelowensmortuary.com.



Jay Klaus Falz

# EXHIBIT J

M Gmail

**Eleonora de Gray <pomconfi2@gmail.com>**

___

## Runway trademark follow up

**Runway Media** <ceo@runway.net>                                    Tue, Mar 4, 2014 at 2:29 PM
To: Eleonora de Gray <pomconfi2@gmail.com>

If you could give me a call on this line at 3PM Pacific USA time 310.694.6540 . My hours are 3pm to 2 am Pacific, almost all Hollywood Events happen at night, so that's my hours.

The newsstand in Europe was real light, we mainly mail magazines to Europe as its allot cheaper than newsstand.

We started it heavy in 2008 and brought it back to a small number as we divided the areas up so we didn't step on licensees feet.

Also we have RUNWAYS US app on Apple and Google platforms, this has many downloads from every country in Europe.

This is how we keep constant legal commerce in 42 countries.

James isn't the only problem on the planet. I have put 4 others like him out of business.

We have at least 1 lawsuit going at all times, get used to it, even on my side. People don't care, they just do stuff and violate the marks.

You can get it on your phone or tablet and the magazine can be read on it.

Runway Europe has office in Switzerland and agents in Germany. My main investors are German and live there.

I will introduce you to Mili my CEO for Europe after we get all worked out. Maybe you can go there or he can come see you.

You can search International Marks here:

http://www.wipo.int/romarin

I have attached the servlets for your investors. They have the international registration numbers and any other information needed.

You can clearly see James does not have his info on this.

I also wanted to let you know that I am not greedy and believe there is plenty of room proper expansion.

I'm just trying to protect what is I built. I represent at least 10 celebrities in  every issue, I don't want their image defamed either.

I worked hard for many years, and honestly we have over 7 million$ in and I can show you my print bills which are now 80000$, and have been as high as 120,000USD. I have attached 2 states list of distribution for the USA so you could verify distribution if you like.

Also you should be careful also as Kable is the world's largest magazine distributer and I cannot go to them and say they are lying. The fact is if they bought them and said they sold them, even if they just went mostly in the garage, I cannot challenge them.

I relied on international download from Apple and Google to prove commerce anyway. It's the only instant way to prove things. Magazine sales take 9 months to get the total numbers right and they can be easily be faked. As I am assume James did.

Also listed below is a list of all the currencies we currently take and have proven earnings on via Apple.

I tried to make Runway the Ferrari of fashion magazines, very few and very well done. If you do mass amount in print it kills the quality.

Thank You, Vincent

**AUD**

**EUR**

**GBP**

**USD**

**CAD**

**CHF**

Name: ELEONORA DE GRAY

Address: 23/25 RUE JEAN JACQUES

ROUSSEAU, 75001 PARIS, FRANCE

Phone: +33660329401

Fax: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Runway TV, LLC, Vincent Mazzotta | CASE NUMBER: |
|---|---|
| Plaintiff | 2:18-cv-02503-FMO-JC |
| v. | |
| Eleonora De Gray, Does and Eurl Eleonora De Gray | **PROOF OF SERVICE BY EMAIL** |
| Defendant(s). | |

Court: California Central District Court

Referring Judge: Jacqueline Chooljian

Presiding Judge: Fernando M. Olguin

I, Eleonora de Gray, declare as follows :

My address is 23-25 rue Jean Jacques Rousseau, 75001, Paris, France , where the mailing described

below took place.

1  On August 1st, 2018, I served the documents described as :

2

3  DEFENDENT'S ANSWER TO FIRST AMENDED COMPLAINT

4  EXHIBITS

5

6  on all interested parties in this action by Email, I caused such envelope to be delivered electronically

7  to the offices of the bellow named addressee(s):

8

9  William Goldstein <wdgoldstein@wdgoldstein.com>

10 Law Offices of Willian D. Goldstein

11 William D. Goldstein (SBN. 279723)

12 4030 Sawtelle Blvd.

13 Los Angeles, CA 90066-5408

14 Attorney of Plaintiff, Runway Beauty Inc, Vincent Mazzotta, DOCs 1-10

15

16 I declare under penalty of perjury that the foregoing is true and correct.

17

18 EXECUTED ON : August 1st, 2018, 2018 at Paris, France.

19

20 By _____

21 Eleonora de Gray

22

23

24

25

26

27

28