JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUNWAY TV, LLC, | Case No. CV 18-2503 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ELEONORA DE GRAY EURL, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 9th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge